Marian F. Harrison
US Bankruptcy Judge

Dated: 10/30/08

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 08-09771** |
| | § | **Chapter 11** |
| **JC REED & COMPANY, INC..** | § | **Judge Harrison** |
| | § | |
| **Debtor.** | § | |

**ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO PAY PREPETITION EMPLOYEE SALARIES, WAGES, COMMISSIONS, EXPENSES, AND RELATED DEDUCTIONS**

This came before the Court upon the motion of JC Reed & Company, Inc. ("Debtor"), for the entry of an order: (i) authorizing the Debtor, in accordance with its ordinary course of business policies, (a) to pay prepetition employee salaries, wages, commissions, vacation pay, sick leave pay, holiday pay, child support and other court-ordered deductions, and related federal, state and local taxes, and (b) to reimburse prepetition employee business expenses (including travel and lodging); and (ii) authorizing applicable banks and other financial institutions to receive, process, honor and pay any and all checks drawn on the Debtor's accounts, to the extent that such checks relate to any of the foregoing payments and was scheduled for an expedited hearing pursuant to Local Rule 9075-1 on October 28, 2008.

It appearing upon the Motion, proof at the hearing and statements of counsel that just cause exists to grant the Motion and further that sufficient notice of the Motion and extraordinary relief requested therein was provided as required under the Local Rules in the most expeditious means possible, it is

ORDERED that the Debtor shall be, and hereby is authorized to pay, up to the aggregate maximum of $10,950 per employee, prepetition compensation and deductions, together with all costs and expenses incident thereto, such as payroll-related taxes and processing costs, in accordance with the Debtor's ordinary course of business policies with regard thereto; and it is further

ORDERED that banks and other financial institutions upon which such payment funds are drawn are authorized to receive, process, honor and pay any and all checks drawn on the Debtor's payroll accounts for payment of prepetition compensation and deductions (and related costs and expenses), whether presented prior to or after the petition date, in accordance with the Debtor's ordinary course of business policies, provided that sufficient funds exist in the payroll or other accounts, as the case may be, to cover such payment.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

*/s/ William L. Norton III.*
William L. Norton, III (#10075)
Boult, Cummings, Conners & Berry, PLC
1600 Division St., Suite 700
Nashville, TN 37203
(615) 252-2397
(615)252-6397 (fax)
bnorton@boultcummings.com
Attorneys for Debtor

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.