U.S. Trustee Basic Monthly Operating Report

Case Name: JC REEL & CO., INC.  Date Filed: 11-19-08
Case Number: 08-09771  SIC Code: _____
Month (or portion) covered by this report: 10/22/08 – 10/31/08

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_____[signature]_____  11-19-08
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY  DATE REPORT SIGNED

STEPHEN L. WESTBROOK - CFO
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

| QUESTIONNAIRE: | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | X | ☐ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | X |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? EMPLOYEE EXPENSES APPROVED BY PAYROLL ORDER | X | ☐ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | X |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | X | ☐ |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | X | ☐ |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | X | ☐ |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | X | ☐ |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | X |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | X |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? PRE-PETITION ACCOUNT BEING CLOSED | X | ☐ |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | X |

1

|  | Yes | No |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? AFTER NEW DIP ACCOUNT OPENED | ☒ | ☐ |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ☒ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

TOTAL INCOME  75,048.

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

TOTAL EXPENSES  27,366

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)  75,048

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)  27,366

(Subtract The Total from Exhibit C from the Total of Exhibit B)

CASH PROFIT FOR THE MONTH  47,682

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

TOTAL PAYABLES  68,769

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

TOTAL RECEIVABLES  460,803

*(EXHIBIT E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

( SEE ATTACHED )

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  41

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  41
( NOTE: REDUCTION TO 17 EMPLOYEES ON 11/3/08 )

## PROFESSIONAL FEES

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD?  0

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE?  0

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD?  UNKNOWN

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE?  UNKNOWN

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD?  UNKNOWN

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE?  UNKNOWN

3

**PROJECTIONS**

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS
FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

PROJECTED INCOME FOR THE MONTH: _____

ACTUAL INCOME FOR THE MONTH (EXHIBIT B): _____

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: _____


PROJECTED EXPENSES FOR THE MONTH: _____

TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C): _____

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES: _____


PROJECTED CASH PROFIT FOR THE MONTH: _____

ACTUAL CASH PROFIT FOR THE MONTH
(TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C) _____

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT: _____


[If actual cash profit was 90% or less of projected cash profit,
please attach a detailed written explanation.]

4

JC Reed & Co., Inc.
US Trustee - Case #08-09771
**Monthly Operating Report** (cash basis)
Portion of Month Ended 10/31/08

### Exhibit B - Income:

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 10/27/2008 | Insurance refund | 207.54 | |
| 10/31/2008 | Interest Income | 2.38 | |
| 10/31/2008 | Membership refund | 50.00 | |
| 10/31/2008 | Return of agent commissions | 74,788.48 | 75,048.40 |

### Exhibit C - Expenses:

| Date | Reference | Payee | Description | Amount | Total |
|---|---|---|---|---:|---:|
| 10/17/2008 | | Employee expenses approved by Payroll Order | | 5,450.38 | |
| 10/22/2008 | | Regions - wire fee | | 19.00 | |
| 10/24/2008 | | ADP - payroll processing fee | | 445.49 | |
| 10/31/2008 | | ADP - payroll processing fee | | 39.00 | |
| 10/31/2008 | | Regions - bank fee | | 13.00 | |
| 10/24/2008 | ck #3847 | United Healthcare-Nov08 prem | | 13,895.74 | |
| 10/31/2008 | ck #3848 | Strategic Mortg Solut-sales consult | | 4,290.00 | |
| 10/31/2008 | ck #3849 | Al Phillips Insur-D&O coverage | | 3,213.00 | 27,365.61 |

### Exhibit D - Unpaid Bills:

| Date | Payee | Description | Amount | Total |
|---|---|---|---:|---:|
| Oct 08 | Benefit Street | 401k plan processing | 364.74 | |
| Oct 08 | Blankenship CPA's | tax work | 117.00 | |
| Oct 08 | Carthage Courier | marketing | 401.64 | |
| Oct 08 | Crosstown | courier | 46.84 | |
| Oct 08 | Daily Post Athenian | marketing | 1,290.00 | |
| Oct 08 | FedEx | shipping | 171.07 | |
| Oct 08 | Fidelity Offset | marketing | 3,546.68 | |
| Oct 08 | Herald News | marketing | 2,659.25 | |
| Oct 08 | Lamar | marketing | 5,610.00 | |
| Oct 08 | Lawrence Cty Advocate | marketing | 862.70 | |
| Oct 08 | LBMC Strategic Staffing | accounting | 3,763.00 | |
| Oct 08 | Lewis Cty Herald | marketing | 742.50 | |
| Oct 08 | Melanie Garrison | marketing | 300.00 | |
| Oct 08 | Nuvox Communications | data lines | 362.03 | |
| Oct 08 | RJ Young Co | copier rental/costs | 1,552.27 | |
| Oct 08 | Sandy Hartman | consulting | 325.00 | |
| Oct 08 | Shelbyville Gazette | marketing | 2,268.00 | |
| Oct 08 | Shoppers Guide | marketing | 834.75 | |
| Oct 08 | Shred-It | paper disposal | 71.10 | |
| Oct 08 | Southern Standard | marketing | 1,799.28 | |
| Oct 08 | XO One | phone system monthly | 5,230.52 | |
| Oct 08 | Chase VISA | various administrative | 9,073.37 | |
| Oct 08 | BlueCross BlueShield of TN | Oct 08 health/dental prem | 27,361.37 | |
| Sep/Oct 08 | Employee Expenses approved by Payroll Order | | 16.00 | 68,769.11 |

**Exhibit E - Receivables:**

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 1/4/2008 | Note Receivable - N. Beadle | 38,775.00 | |
| 12/31/2007 | Note Receivable - JC Reed Title Agency, LLC | 212,701.46 | |
| curr yr | Due from JC Reed Title Agency, LLC | 209,326.99 | 460,803.45 |



**Regions Bank**

Cool Springs Carothers Pkwy
6070 Carothers Parkway
Franklin, TN 37067

```
00007623 02 AT  0.471 002
J C REED AND CO, INC
2555 MERIDIAN BLVD SUITE 100
DEBTOR IN POSSESSION
FRANKLIN TN 37067-6364
```

1

| | |
|---|---|
| ACCOUNT # | 7132434693 |
| | 053 |
| Cycle | 26 |
| Enclosures | 126 |
| Page | 1 of 11 |

## FREE BUSINESS CHECKING
October 1, 2008 through October 31, 2008

### SUMMARY

| | | |
|---|---|---|
| **Beginning Balance** | $23,401.22 | Minimum Balance  $133,223 |
| Deposits & Credits | $570,550.61 + | |
| Withdrawals | $251,762.25 - | |
| Fees | $47.00 - | |
| Automatic Transfers | $0.00 + | |
| Checks | $135,738.37 - | |
| **Ending Balance** | **$206,404.21** | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---:|
| 10/01 | Deposit - Thank You | 430,000.00 |
| 10/02 | Deposit - Thank You | 9,999.73 |
| 10/08 | Deposit - Thank You | 30,000.00 |
| 10/14 | Deposit - Thank You | 50.00 |
| 10/14 | Wire Transfer Jc Reed + Comp | 25,000.00 |
| 10/14 | ADP TX/FINCL Svc ADP - Tax J C Reed and C 15Xgi 2477357Vv | 283.81 |
| 10/15 | Worldwide Insura Payroll J.C. Reed Ins | 102.80 |
| 10/20 | Deposit - Thank You | 58.25 |
| 10/21 | Deposit - Thank You | 10.00 |
| 10/27 | Deposit - Thank You | 207.54 |
| 10/31 | Deposit - Thank You | 74,838.48 |
| | Total Deposits & Credits | $570,550.61 |

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---:|
| 10/01 | HUD Sf Ufmip    Payment Jc Reed CO Inc 6IF9NHSJD01 | 675.00 |
| 10/01 | Phlv Lifepro    Phoenixpmt Jc Reed & CO., | 91.91 |
| 10/01 | Phlv Lifepro    Phoenixpmt J C Reed & CO | 69.90 |
| 10/02 | ADP TX/FINCL Svc ADP - Tax J C Reed and C 771011825817Xgi | 79,528.99 |
| 10/02 | ADP TX/FINCL Svc ADP - Tax J C Reed and C 15Xgi 100340A01 | 23,370.64 |
| 10/02 | ADP TX/FINCL Svc ADP - Tax J C Reed and C 771011825818Xgi | 1,181.67 |
| 10/02 | ADP TX/FINCL Svc ADP - Tax J C Reed and C 771011825819Xgi | 583.26 |
| 10/06 | AFLAC         Insurance Jc Reed & CO I WY865069355 | 341.35 |
| 10/10 | ADP Payroll Fees ADP - Fees Jc Reed    10Xgi  6695151 | 308.04 |
| 10/15 | Phlv Lifepro    Phoenixpmt J. C. Reed & C | 81.55 |
| 10/15 | Phlv Lifepro    Phoenixpmt J.C. Reed & CO | 73.78 |
| 10/17 | ADP TX/FINCL Svc ADP - Tax J C Reed and C 541011553531Xgi | 82,878.86 |
| 10/17 | ADP TX/FINCL Svc ADP - Tax J C Reed and C 15Xgi 102042A01 | 27,094.53 |
| 10/17 | ADP TX/FINCL Svc ADP - Tax J C Reed and C 541011553532Xgi | 1,181.68 |
| 10/17 | The Bankers Bank Payment Morat,Matt    400375002990007 | 1,110.79 |
| 10/17 | The Bankers Bank Payment Gibson,Mitch   400375002990006 | 876.96 |
| 10/17 | ADP TX/FINCL Svc ADP - Tax J C Reed and C 541011553533Xgi | 662.58 |

**Regions Bank**

Cool Springs Carothers Pkwy
6070 Carothers Parkway
Franklin, TN 37067


J C REED AND CO, INC
2555 MERIDIAN BLVD SUITE 100
DEBTOR IN POSSESSION
FRANKLIN TN 37067-6363

1

| | |
|---|---|
| ACCOUNT # | 7132434693 |
| | 053 |
| Cycle | 26 |
| Enclosures | 126 |
| Page | 2 of 11 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 10/17 | The Bankers Bank Payment Camp,Christi 400375002990011 | 486.76 |
| 10/17 | The Bankers Bank Payment Bressler,Chery 400375002990010 | 365.03 |
| 10/17 | The Bankers Bank Payment Nelms,Amanda 400375002990015 | 363.37 |
| 10/17 | The Bankers Bank Payment Russell,Stepha 400375002990016 | 353.66 |
| 10/17 | The Bankers Bank Payment Worley,Brandon 400375002990022 | 353.22 |
| 10/17 | The Bankers Bank Payment Clendenen,Josh 400375002990012 | 334.14 |
| 10/17 | The Bankers Bank Payment Thompson,Eric 400375002990021 | 318.15 |
| 10/17 | The Bankers Bank Payment Bone,Johnny 400375002990009 | 294.27 |
| 10/17 | The Bankers Bank Payment Staggs,Melanie 400375002990019 | 283.67 |
| 10/17 | The Bankers Bank Payment Long,Carl 400375002990014 | 177.31 |
| 10/17 | The Bankers Bank Payment Smith,Tina 400375002990017 | 133.05 |
| 10/20 | ADP Screening Withdrawal Jc Reed and CO 1303936 | 192.81 |
| 10/21 | AFLAC Insurance Jc Reed & CO I WY865314895 | 341.35 |
| 10/22 | Wire Transfer Boult, Cumming | 26,094.24 |
| 10/22 | HUD Sf Ufmip Payment Jc Reed CO Inc 6IFDBVDAMM1 | 1,075.24 |
| 10/24 | ADP Payroll Fees ADP - Fees Jc Reed 10Xgi 7281058 | 445.49 |
| 10/31 | ADP Payroll Fees ADP - Fees Jc Reed 10Xgi 7532313 | 39.00 |
| | Total Withdrawals | $251,762.25 |

## FEES

| Date | Description | Amount |
|---|---|---:|
| 10/14 | Wire Transfer | 15.00 |
| 10/22 | Wire Transfer | 19.00 |
| 10/31 | Excessive Withdrawal\Item Fee | 13.00 |
| | Total Fees | $47.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---:|---|---|---:|
| 10/22 | 3617 | 1,620.40 | 10/06 | 3726 | 250.00 |
| 10/29 | 3670 * | 1,469.38 | 10/03 | 3727 | 1,179.72 |
| 10/02 | 3672 * | 50.00 | 10/07 | 3728 | 1,485.00 |
| 10/22 | 3678 * | 1,732.64 | 10/17 | 3729 | 2,000.00 |
| 10/01 | 3681 * | 420.00 | 10/22 | 3730 | 21.54 |
| 10/01 | 3687 * | 300.00 | 10/20 | 3731 | 588.44 |
| 10/01 | 3696 * | 104.04 | 10/16 | 3732 | 3,587.50 |
| 10/01 | 3698 * | 83.36 | 10/29 | 3733 | 140.00 |
| 10/01 | 3700 * | 5,140.00 | 10/20 | 3734 | 267.76 |
| 10/06 | 3705 * | 1,361.00 | 10/17 | 3735 | 54.63 |
| 10/03 | 3711 * | 204.19 | 10/22 | 3736 | 200.00 |
| 10/02 | 3715 * | 50.00 | 10/17 | 3737 | 270.86 |
| 10/01 | 3716 | 50.00 | 10/17 | 3738 | 315.00 |
| 10/22 | 3725 * | 1,989.78 | 10/17 | 3739 | 187.12 |

Regions Bank

Cool Springs Carothers Pkwy
6070 Carothers Parkway
Franklin, TN 37067

J C REED AND CO, INC
2555 MERIDIAN BLVD SUITE 100
DEBTOR IN POSSESSION
FRANKLIN TN 37067-6363

1

ACCOUNT # 7132434693

|  | 053 |
| --- | --- |
| Cycle | 26 |
| Enclosures | 126 |
| Page | 3 of 11 |

## CHECKS (CONTINUED)

| Date | Check No. | Amount | Date | Check No. | Amount |
| --- | --- | --- | --- | --- | --- |
| 10/24 | 3740 | 600.00 | 10/23 | 3792 | 751.95 |
| 10/20 | 3741 | 354.41 | 10/22 | 3794 * | 125.14 |
| 10/20 | 3742 | 1,488.65 | 10/21 | 3795 | 400.00 |
| 10/16 | 3743 | 984.00 | 10/23 | 3796 | 300.00 |
| 10/29 | 3744 | 75.00 | 10/23 | 3797 | 51.46 |
| 10/17 | 3745 | 1,750.00 | 10/21 | 3798 | 1,461.00 |
| 10/17 | 3746 | 10.00 | 10/23 | 3799 | 300.00 |
| 10/15 | 3747 | 4,240.00 | 10/23 | 3800 | 191.19 |
| 10/17 | 3748 | 594.00 | 10/27 | 3801 | 325.00 |
| 10/20 | 3749 | 39.61 | 10/21 | 3802 | 1,290.00 |
| 10/24 | 3750 | 35.00 | 10/23 | 3803 | 270.00 |
| 10/20 | 3751 | 584.25 | 10/21 | 3804 | 995.00 |
| 10/20 | 3752 | 125.00 | 10/22 | 3805 | 362.25 |
| 10/21 | 3753 | 1,950.00 | 10/21 | 3806 | 897.41 |
| 10/16 | 3754 | 423.70 | 10/22 | 3807 | 2,345.00 |
| 10/17 | 3755 | 2,016.00 | 10/23 | 3808 | 82.83 |
| 10/16 | 3756 | 238.62 | 10/21 | 3809 | 2,457.00 |
| 10/22 | 3757 | 53.60 | 10/22 | 3810 | 1,672.65 |
| 10/17 | 3758 | 163.88 | 10/17 | 3811 | 80.63 |
| 10/17 | 3759 | 1,788.64 | 10/23 | 3812 | 600.00 |
| 10/20 | 3760 | 573.30 | 10/20 | 3813 | 2,120.00 |
| 10/17 | 3761 | 14.69 | 10/22 | 3814 | 307.42 |
| 10/20 | 3762 | 80.61 | 10/21 | 3815 | 300.00 |
| 10/17 | 3763 | 100.00 | 10/20 | 3816 | 85.00 |
| 10/21 | 3764 | 15.00 | 10/22 | 3817 | 228.33 |
| 10/17 | 3765 | 4,936.87 | 10/23 | 3818 | 1,950.00 |
| 10/20 | 3766 | 50.00 | 10/20 | 3820 * | 5.97 |
| 10/15 | 3771 * | 228.00 | 10/21 | 3821 | 217.23 |
| 10/17 | 3772 | 1,011.25 | 10/22 | 3822 | 28.68 |
| 10/21 | 3773 | 1,193.81 | 10/22 | 3823 | 45.00 |
| 10/20 | 3774 | 228.16 | 10/20 | 3825 * | 9,710.00 |
| 10/20 | 3775 | 1,000.00 | 10/28 | 3826 | 131.49 |
| 10/15 | 3776 | 3,198.12 | 10/27 | 3827 | 1,672.22 |
| 10/17 | 3777 | 188.00 | 10/31 | 3828 | 1,136.01 |
| 10/20 | 3778 | 2,870.00 | 10/28 | 3830 * | 1,011.25 |
| 10/27 | 3779 | 550.00 | 10/31 | 3831 | 420.00 |
| 10/21 | 3780 | 24.31 | 10/27 | 3832 | 25.00 |
| 10/21 | 3781 | 27,152.13 | 10/28 | 3833 | 140.37 |
| 10/21 | 3782 | 312.19 | 10/23 | 3834 | 285.00 |
| 10/22 | 3783 | 695.00 | 10/29 | 3835 | 60.00 |
| 10/21 | 3784 | 128.30 | 10/27 | 3836 | 48.60 |
| 10/21 | 3785 | 643.30 | 10/28 | 3837 | 322.38 |
| 10/20 | 3786 | 2,120.00 | 10/28 | 3838 | 1,869.72 |
| 10/24 | 3787 | 4.95 | 10/29 | 3839 | 350.00 |
| 10/24 | 3788 | 529.65 | 10/24 | 3840 | 2,120.00 |
| 10/24 | 3789 | 47.50 | 10/28 | 3841 | 1,668.96 |
| 10/23 | 3790 | 19.60 | 10/28 | 3842 | 3,750.00 |
| 10/27 | 3791 | 71.10 | 10/23 | 3843 | 48.00 |

Regions Bank

Cool Springs Carothers Pkwy
6070 Carothers Parkway
Franklin, TN 37067

J C REED AND CO, INC
2555 MERIDIAN BLVD SUITE 100
DEBTOR IN POSSESSION
FRANKLIN TN 37067-6363

1

ACCOUNT #    7132434693

|  | 053 |
|---|---|
| Cycle | 26 |
| Enclosures | 126 |
| Page | 4 of 11 |

## CHECKS (CONTINUED)

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 10/31 | 3845 * | 50.00 | 10/29 | 3846 | 50.67 |
|  |  |  |  | Total Checks | $135,738.37 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/01 | 446,467.01 | 10/14 | 401,891.69 | 10/23 | 150,529.93 |
| 10/02 | 351,702.18 | 10/15 | 394,173.04 | 10/24 | 146,747.34 |
| 10/03 | 350,318.27 | 10/16 | 388,939.22 | 10/27 | 144,262.96 |
| 10/06 | 348,365.92 | 10/17 | 256,189.62 | 10/28 | 135,368.79 |
| 10/07 | 346,880.92 | 10/20 | 233,763.90 | 10/29 | 133,223.74 |
| 10/08 | 376,880.92 | 10/21 | 193,995.87 | 10/31 | 206,404.21 |
| 10/10 | 376,572.88 | 10/22 | 155,379.96 |  |  |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS.
or visit us on the Internet at www.regions.com.**
**Thank You For Banking With Regions!**

Regions Bank

Cool Springs Carothers Pkwy
6070 Carothers Parkway
Franklin, TN 37067

J C REED AND CO, INC
2555 MERIDIAN BLVD SUITE 100
DEBTOR IN POSSESSION
FRANKLIN TN 37067-6363

ACCOUNT #        7132434693

Page          5   of 11

| Check # | Date | Amount |
|---|---|---|
| 3617 | 10/22/2008 | $1620.40 |
| 3670 | 10/29/2008 | $1469.38 |
| 3672 | 10/02/2008 | $50.00 |
| 3678 | 10/22/2008 | $1732.64 |
| 3681 | 10/01/2008 | $420.00 |
| 3687 | 10/01/2008 | $300.00 |
| 3696 | 10/01/2008 | $104.04 |
| 3698 | 10/01/2008 | $83.36 |
| 3700 | 10/01/2008 | $5140.00 |
| 3705 | 10/06/2008 | $1361.00 |
| 3711 | 10/03/2008 | $204.19 |
| 3715 | 10/02/2008 | $50.00 |
| 3716 | 10/01/2008 | $50.00 |
| 3725 | 10/22/2008 | $1989.78 |
| 3726 | 10/06/2008 | $250.00 |
| 3727 | 10/03/2008 | $1179.72 |
| 3728 | 10/07/2008 | $1485.00 |
| 3729 | 10/17/2008 | $2000.00 |

J C REED AND CO, INC
2555 MERIDIAN BLVD SUITE 100
DEBTOR IN POSSESSION
FRANKLIN TN 37067-6363

ACCOUNT #     7132434693

Page     6  of 11

| Check# | Date | Amount |
|---|---|---|
| Check# 3730 | 10/22/2008 | $21.54 |
| Check# 3731 | 10/20/2008 | $588.44 |
| Check# 3732 | 10/16/2008 | $3587.50 |
| Check# 3733 | 10/29/2008 | $140.00 |
| Check# 3734 | 10/20/2008 | $267.76 |
| Check# 3735 | 10/17/2008 | $54.63 |
| Check# 3736 | 10/22/2008 | $200.00 |
| Check# 3737 | 10/17/2008 | $270.86 |
| Check# 3738 | 10/17/2008 | $315.00 |
| Check# 3739 | 10/17/2008 | $187.12 |
| Check# 3740 | 10/24/2008 | $600.00 |
| Check# 3741 | 10/20/2008 | $354.41 |
| Check# 3742 | 10/20/2008 | $1488.65 |
| Check# 3743 | 10/16/2008 | $984.00 |
| Check# 3744 | 10/29/2008 | $75.00 |
| Check# 3745 | 10/17/2008 | $1750.00 |
| Check# 3746 | 10/17/2008 | $10.00 |
| Check# 3747 | 10/15/2008 | $4240.00 |

Regions Bank

Cool Springs Carothers Pkwy
6070 Carothers Parkway
Franklin, TN 37067

J C REED AND CO, INC
2555 MERIDIAN BLVD SUITE 100
DEBTOR IN POSSESSION
FRANKLIN TN 37067-6363

ACCOUNT #     7132434693

Page     7 of 11



| Check# | Date | Amount |
|---|---|---|
| 3748 | 10/17/2008 | $594.00 |
| 3749 | 10/20/2008 | $39.61 |
| 3750 | 10/24/2008 | $35.00 |
| 3751 | 10/20/2008 | $584.25 |
| 3752 | 10/20/2008 | $125.00 |
| 3753 | 10/21/2008 | $1950.00 |
| 3754 | 10/16/2008 | $423.70 |
| 3755 | 10/17/2008 | $2016.00 |
| 3756 | 10/16/2008 | $238.62 |
| 3757 | 10/22/2008 | $53.60 |
| 3758 | 10/17/2008 | $163.88 |
| 3759 | 10/17/2008 | $1788.64 |
| 3760 | 10/20/2008 | $573.30 |
| 3761 | 10/17/2008 | $14.69 |
| 3762 | 10/20/2008 | $80.61 |
| 3763 | 10/17/2008 | $100.00 |
| 3764 | 10/21/2008 | $15.00 |
| 3765 | 10/17/2008 | $4936.87 |

Regions Bank

Cool Springs Carothers Pkwy
6070 Carothers Parkway
Franklin, TN 37067

J C REED AND CO, INC
2555 MERIDIAN BLVD SUITE 100
DEBTOR IN POSSESSION
FRANKLIN TN 37067-6363

ACCOUNT # 7132434693

Page 8 of 11



Regions Bank

Cool Springs Carothers Pkwy
6070 Carothers Parkway
Franklin, TN 37067

J C REED AND CO, INC
2555 MERIDIAN BLVD SUITE 100
DEBTOR IN POSSESSION
FRANKLIN TN 37067-6363

ACCOUNT #     7132434693

Page        9 of 11



| Check# 3788 | 10/24/2008 | $529.65 | Check# 3789 | 10/24/2008 | $47.50 | Check# 3790 | 10/23/2008 | $19.60 |
| Check# 3791 | 10/27/2008 | $71.10 | Check# 3792 | 10/23/2008 | $751.95 | Check# 3794 | 10/22/2008 | $125.14 |
| Check# 3795 | 10/21/2008 | $400.00 | Check# 3796 | 10/23/2008 | $300.00 | Check# 3797 | 10/23/2008 | $51.46 |
| Check# 3798 | 10/21/2008 | $1461.00 | Check# 3799 | 10/23/2008 | $300.00 | Check# 3800 | 10/23/2008 | $191.19 |
| Check# 3801 | 10/27/2008 | $325.00 | Check# 3802 | 10/21/2008 | $1290.00 | Check# 3803 | 10/23/2008 | $270.00 |
| Check# 3804 | 10/21/2008 | $995.00 | Check# 3805 | 10/22/2008 | $362.25 | Check# 3806 | 10/21/2008 | $897.41 |

J C REED AND CO, INC
2555 MERIDIAN BLVD SUITE 100
DEBTOR IN POSSESSION
FRANKLIN TN 37067-6363

ACCOUNT #    7132434693

Page    10   of 11



| Check# 3807 | 10/22/2008 | $2345.00 | Check# 3808 | 10/23/2008 | $82.83 | Check# 3809 | 10/21/2008 | $2457.00 |
| Check# 3810 | 10/22/2008 | $1672.65 | Check# 3811 | 10/17/2008 | $80.63 | Check# 3812 | 10/23/2008 | $600.00 |
| Check# 3813 | 10/20/2008 | $2120.00 | Check# 3814 | 10/22/2008 | $307.42 | Check# 3815 | 10/21/2008 | $300.00 |
| Check# 3816 | 10/20/2008 | $85.00 | Check# 3817 | 10/22/2008 | $228.33 | Check# 3818 | 10/23/2008 | $1950.00 |
| Check# 3820 | 10/20/2008 | $5.97 | Check# 3821 | 10/21/2008 | $217.23 | Check# 3822 | 10/22/2008 | $28.68 |
| Check# 3823 | 10/22/2008 | $45.00 | Check# 3825 | 10/20/2008 | $9710.00 | Check# 3826 | 10/28/2008 | $131.49 |

Regions Bank

Cool Springs Carothers Pkwy
6070 Carothers Parkway
Franklin, TN 37067

J C REED AND CO, INC
2555 MERIDIAN BLVD SUITE 100
DEBTOR IN POSSESSION
FRANKLIN TN 37067-6363

ACCOUNT #  7132434693

Page  11 of 11



| Check# 3827 | 10/27/2008 | $1672.22 | Check# 3828 | 10/31/2008 | $1136.01 | Check# 3830 | 10/28/2008 | $1011.25 |
| Check# 3831 | 10/31/2008 | $420.00 | Check# 3832 | 10/27/2008 | $25.00 | Check# 3833 | 10/28/2008 | $140.37 |
| Check# 3834 | 10/23/2008 | $285.00 | Check# 3835 | 10/29/2008 | $60.00 | Check# 3836 | 10/27/2008 | $48.60 |
| Check# 3837 | 10/28/2008 | $322.38 | Check# 3838 | 10/28/2008 | $1869.72 | Check# 3839 | 10/29/2008 | $350.00 |
| Check# 3840 | 10/24/2008 | $2120.00 | Check# 3841 | 10/28/2008 | $1668.96 | Check# 3842 | 10/28/2008 | $3750.00 |
| Check# 3843 | 10/23/2008 | $48.00 | Check# 3845 | 10/31/2008 | $50.00 | Check# 3846 | 10/29/2008 | $50.67 |

 Regions Bank

Cool Springs Carothers Pkwy
6070 Carothers Parkway
Franklin, TN 37067

J C REED AND CO INC
SUITE 100
2555 MERIDIAN BLVD
FRANKLIN TN 37067-6363

1

ACCOUNT # 7132545738

| | |
|---|---|
| Cycle | 053 25 |
| Enclosures | 0 |
| Page | 1 of 1 |

## BUSINESS MONEY MARKET
October 1, 2008 through October 31, 2008

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | $5,609.85 | | Minimum Balance | $5,609 |
| Deposits & Credits | $0.00 + | | Average Balance | $5,609 |
| Net Interest Earned | $2.38 + | | Annual Percentage Yield Earned | 0.50% |
| Withdrawals | $0.00 - | | Interest This Period | $2.38 |
| Fees | $0.00 - | | Average Collected Balance | $5,609.85 |
| Automatic Transfers | $0.00 + | | 2008 YTD Interest | $2,515.22 |
| Checks | $0.00 - | | | |
| **Ending Balance** | $5,612.23 | | | |

### INTEREST

| | | |
|---|---|---|
| 10/31 | Interest Payment | 2.38 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/31 | 5,612.23 | | | | |

You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.

For all your banking needs, please call 1-800-REGIONS.
or visit us on the Internet at www.regions.com.
**Thank You For Banking With Regions!**