IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  JC REED & CO., INC.          )          CASE NO. 08-09771-MH3-7
                                     )          CHAPTER 7
             DEBTOR.                 )          JUDGE HARRISON

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: July 31, 2014**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: August 19, 2014**
**at 9:00 a.m., Courtroom 3, Second Floor, Customs House, 701 Broadway, Nashville, TN**
**37203.**

**TRUSTEE'S NOTICE OF MOTION FOR SPECIAL DISTRIBUTION OF SEC FUNDS**
**TO ESTATE FRAUD CREDITORS**

       Michael Gigandet, the Chapter 7 trustee, has asked the court for the following relief:
SPECIAL DISTRIBUTION OF SEC FUNDS TO ESTATE FRAUD CREDITORS

       **YOUR RIGHTS MAY BE AFFECTED.**  If you do not want the court to grant the
attached motion, or if you want the court to consider your views on the motion, then on or before
July 31, 2014, you or your attorney must:

1.     File with the court your written response or objection explaining your position at:

       By Mail:     U. S. Bankruptcy Court, 701 Broadway, Room 160, Nashville, TN 37203
       In Person:   U. S. Bankruptcy Court, 701 Broadway, 1st floor, Nashville, TN

2.     **Your response must state that the deadline for filing responses is July 31, 2014, the**
       **date of the scheduled hearing August 19, 2014 and the motion to which you are**
       **responding is trustee's motion for special distribution for SEC funds to estate fraud**
       **creditors.**
       If you want a file stamped copy returned, you must include an extra copy and a
       self-addressed, stamped envelope.

3.     You must also mail a copy of your response to:
       Michael Gigandet, Trustee, 208 Centre Street, Pleasant View, TN 37146
       U. S. Trustee, 318 Customs House, 701 Broadway, Nashville, TN 37203
       Debtor's Attorney, William L. Norton, III, PO Box 340025, Nashville, TN 37203

       If a timely response is filed, the hearing will be held at the time and place indicated
above.  **THERE WILL BE NO FURTHER NOTICE OF THE HEARING**
**DATE.**  You may check whether a timely response has been filed by calling the Clerk's
Office at 615-736-5584 or viewing the case on the Court's web site at >www.tnmb.
uscourts.gov>.  If you received this notice by mail, you may have three additional days
in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy
procedure.

       If you or your attorney do not take these steps, the court may decide that you do not
oppose the relief sought in the motion and may enter an order granting that relief.
                                                      **/s/ Michael Gigandet**

Date: July 9, 2014

Signature _____

Michael Gigandet, #011498
208 Centre Street
Pleasant View, TN 37146
Phone: (615) 746-4949
Fax: (615) 746-4950
michael@mgigandet.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-09771-MH3-7 |
| JC REED & CO., INC., | ) | CHAPTER 7 |
| | ) | JUDGE MARIAN HARRISON |
| Debtor. | ) | |

## MOTION FOR SPECIAL DISTRIBUTION OF SEC FUNDS TO ESTATE FRAUD CREDITORS

Comes now Michael Gigandet, the duly appointed Chapter 7 trustee in the above-caption proceeding, and files this his motion to make distribution of funds the bankruptcy estate has obtained through the Securities and Exchange Commission (hereinafter referred to as "SEC") specifically allotted by the SEC for payment to fraud victims of the debtor pursuant to an order of distribution entered by this Court on Feb. 5, 2013 (Docket #154).

1.     JC Reed & Co., Inc. (the "**Debtor**") filed a voluntary petition for relief under Chapter 11 of the U.S. Bankruptcy Code on October 22, 2008.

2.     Shortly thereafter, on November 18, 2008, the SEC filed a lawsuit against the Debtor, and others, in the U.S. District Court for the Middle District of Tennessee, styled *Securities and Exchange Commission v. J.C. Reed & Company, Inc., et al*, civil action number 3:08-1112 (the "**District Court Action**").  In the District Court Action, the SEC alleged that the Debtor, the company's founder, John C. Reed ("**Reed**"), and others, violated numerous provisions of the federal securities laws.  The SEC sought various forms of relief from the defendants, including monetary claims for the disgorgement, plus prejudgment interest and civil penalties.

3.     Mr. Reed died on June 7, 2008, prior to the commencement of the District Court Action and this bankruptcy case.  Reed's wife, Lana L. Reed, is the executrix of the Probate Estate.  The SEC named the Probate Estate as a defendant in the District Court

Action to assert monetary claims against the estate for disgorgement, plus prejudgment interest and civil penalties.

4.      The SEC filed claims in the bankruptcy court and the probate court based on the amounts sought in the District Court Action against the Debtor and Reed, respectively. On April 16, 2009, the SEC timely filed a proof of claim in this case for the monetary claims asserted against the Debtor in the District Court Action. *See* Claim No. 63-1. The claim was filed in an undetermined amount because, at the time it was filed, no disgorgement amount, interest or civil penalty had been set by the court in the District Court Action. The SEC also filed a claim in probate court against the Probate Estate seeking approximately $11 million in disgorgement, plus prejudgment interest and civil penalties in undetermined amounts.

5.      On December 17, 2008, this case was converted to a case under Chapter 7 of the Bankruptcy Code. On January 2, 2009, the Trustee was appointed as substitute trustee of the Bankruptcy Estate after the original Chapter 7 trustee withdrew.

6.      The Trustee determined that the Bankruptcy Estate has claims against Reed based on his prepetition conduct. As such, the Trustee filed a claim in probate court against the Probate Estate for $2,016,682.99.

7.      Eventually, the Trustee for the bankruptcy estate and the SEC entered into a compromise and settlement of their claims with the Probate Estate as well as with other claimants to those funds.

8.      The bankruptcy estate and the SEC also reached an agreement whereby the trustee of the bankruptcy estate would receive the Probate Estate funds due to the

SEC and distribute those funds to the fraud victims identified by the SEC in its investigation into this matter.

9. On Nov. 12, 2013, the bankruptcy estate received $572,016.14 on behalf of the SEC as well as $122,574.89 on its own claim from the Probate Estate.

10. On June 25, 2014, the bankruptcy estate received $8,483.50 on behalf of the SEC as well as $1,817.85 on its own claim from the Probate Estate. The trustee believes that this last receipt, which is actually a fee reimbursement to the Probate Estate from an insurance company, is the final receipt that the SEC or the bankruptcy estate will receive from the Probate Estate.

11. The bankruptcy estate has incurred $8,369.34 in bank charges and records storage charges between the receipt of the original Probate Estate distribution and his May 22, 2014 report to the SEC. The trustee proposes to divide that number in half with one half, $4,184.67, being assessed to the distribution of the SEC funds and one half being assessed to the bankruptcy estate's final distribution.

12. The SEC funds received by the bankruptcy estate total $580,499.64. The net amount available of these funds less the $4,184.67 is $576,314.97.

13. The debtor failed to list most of its creditors in its original bankruptcy filing.

14. With the assistance of the SEC, the trustee has obtained a more complete list of creditors and has mailed all of them notices about filing claims.

15. Many of the fraud victims filed proofs of claim. Some have not done so, so with the SEC's guidance on names and amounts, the trustee has endeavored to create claims for them.

16.     Of the claims filed, many of them lack sufficient documentation to substantiate the amounts claimed. Some lack any documentation at all. In some cases, claimants filed claims for gross losses without any credit for money they received on their claims. In other cases, the amounts claimed are incapable of being determined. Some claims are duplicatory, and others are contradictory. Some claimants documented the amounts they received through settlement of separate court litigation in which they were parties. Other claimants did not account for money they received on their claims through this litigation. In one case, the trustee increased the amount of a claimant's claim because she failed to list an entire loss.

17.     The trustee attaches a claim report as Exhibit A listing how he plans to treat each of these claims. The objection period provided in the Rule 9013 motion will afford any of the affected creditors an opportunity to object and provide further documentation to substantiate a claim amount. That documentation with calculation can be provided to the trustee at the address provided in this notice and motion.

18.     Because of the duplicative claims, the amended claims and the fraud claimants who have not filed a claim, the trustee has set up all of the fraud victim claimants beginning with the number 500. These claimants run through number 645. The claimants listed between 500 and 645 will participate in the distribution of the SEC funds. The amount listed in the allowed column is the amount they are allowed to claim, according to the trustee's recommendations. If the trustee objects to their claim in total, then the amount in that column is zero. The reason for the objection is listed under that numbered claim. These recommendations apply only to the distribution of the SEC funds.

19.     The amount a fraud victim receives in this distribution will be credited against any claim he may be able to assert against the bankruptcy estate's own distribution which will be filed once this distribution is complete.

20.     The trustee attempted to obtain a breakdown of the settlement amounts received by the parties to the other court litigation, but the attorneys failed to provide it.

21.     The trustee's commission associated with this distribution and the handling of these claims is also listed in Exhibit A. As provided by the original court order entered on Feb. 5, 2013, the commission will be credited against the commission due in the Trustee's Final Report which will include all general unsecured creditors of the bankruptcy estate, providing for a lesser commission than would ordinarily be allowed under the U.S. Bankruptcy Code.

22.     Under the U.S. Bankruptcy Code, the trustee commission is calculated on a sliding scale of 25 percent of the first $5,000, 10 percent of the next $45,000 and 5 percent of the balance. Further, the trustee has calculated the trustee commission solely upon the amount of the gross SEC funds distributed and proposed to be distributed, $580,499.64. The commission does not reflect the gross commission which would be due on a total disbursement of $809,058.73 which would be $43,702.94. The trustee commission in this distribution is 73.8 percent of the commission which would normally be due on a total distribution.

23.     The trustee anticipates objections and further communications with claimants who will be providing additional documentation in support of their alleged claims.

Respectfully submitted,

**LAW OFFICE OF MICHAEL GIGANDET**
**/s/ Michael Gigandet**
Michael Gigandet, #011498
208 Centre Street
Pleasant View, TN 37146
615-746-4949
 Fax 615-746-4950
michael@mgigandet.com


## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing have been forwarded by U. S. Mail, 1st class postage prepaid, to the U. S. Trustee's office, 318 Customs House, 701 Broadway, Nashville, TN 37203, to the debtor's attorney and to all creditors and all interested parties, per the mailing matrix attached to and filed with the original of this document, on this the 10th day of July, 2014.

                **/s/ Michael Gigandet**
                Michael Gigandet

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
JC REED & CO., INC.,                      )    CASE NO. 08-09771-MH3-7
                                          )    CHAPTER 7
            Debtor.                       )    JUDGE MARIAN HARRISON

## PROPOSED ORDER AWARDING SPECIAL DISTRIBUTION OF SEC FUNDS TO ESTATE FRAUD CREDITORS

        This matter is before the Court upon the notice and motion of Michael Gigandet, Trustee, for authority to make a special distribution of SEC funds to estate fraud creditors. Notice of the motion having been served in accordance with Local Rule 9013-1, and there being no objections received;

        **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the trustee shall be entitled to make a special distribution of SEC funds to estate fraud creditors and for the trustee commission as set forth in Exhibit A to the motion filed in this cause.

        Entered this _____ day of _____, 2014.


        _____
        U.S. BANKRUPTCY JUDGE

APPROVED FOR ENTRY:

**LAW OFFICE OF MICHAEL GIGANDET**


_____
Michael Gigandet, Trustee #011498
208 Centre Street
Pleasant View, TN 37146
Phone: (615) 746-4949
Fax: (615) 746-4950
michael@mgigandet.com

| Case No. | 08-09771-MH3-7 | | Trustee Name: | Michael Gigandet |
|---|---|---|---|---|
| Case Name: | JC REED & CO., INC. | | Date: | 7/10/2014 |
| Taxpayer ID #: | 30-3400834 | | | |
| Claims Bar Date: | 04/21/2009 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MICHAEL GIGANDET<br><br>208 Centre St.<br>Pleasant View TN 37146 | 05/13/2014 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $32,274.98 | $32,274.98 | $0.00 | $0.00 | $0.00 | $32,274.98 |
| | MICHAEL GIGANDET<br>208 Centre St.<br>Pleasant View TN 37146 | 05/13/2014 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 500 | AMY AUSTIN<br><br>22078 Pembrook Dr.<br>Franklin IL 60423-8093 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $3,463.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | |
| 501 | LONNIE & ELIZABETH AUSTIN<br>22798 Sara Springs Dr.<br>Frankfort IL 60423 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $245,000.00 | $209,300.00 | $0.00 | $0.00 | $0.00 | $209,300.00 |
| **Claim Notes:** | Allowed as unsecured in reduced amount | | | | | | | | | | | |
| 502 | MATTHEW AUSTIN<br><br>22078 Pembrook Dr.<br>Frankfort IL 60423-8093 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $43,464.31 | $43,464.31 | $0.00 | $0.00 | $0.00 | $43,464.31 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 503 | EDITH BARLOW<br><br>PO Box 27<br>Counce TN 38326-0027 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,301.00 | $7,301.00 | $0.00 | $0.00 | $0.00 | $7,301.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 504 | JENNIFER MARGARET BEADLE | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,900.00 | $4,900.00 | $0.00 | $0.00 | $0.00 | $4,900.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 505 | NEIL & JENNIFER BEADLE<br>620 Logwood Briar Circle<br>Brentwood TN 37027-8286 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $79,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | |

| Case No. | 08-09771-MH3-7 | | Trustee Name: | Michael Gigandet |
|---|---|---|---|---|
| Case Name: | JC REED & CO., INC. | | Date: | 7/10/2014 |
| Taxpayer ID #: | 30-3400834 | | | |
| Claims Bar Date: | 04/21/2009 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 506 | NEIL COLIN BEADLE | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $74,550.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | |
| 507 | MERLE BURKEMA 5 Oak Brook Club Dr., Apt P1N Oak Brook IL 60523-1325 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $978,030.56 | $206,443.84 | $0.00 | $0.00 | $0.00 | $206,443.84 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 508 | SHARON BOONE 4102 Crowne Brook Circle Franklin TN 37067-1640 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $37,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed in this distribution. Claim if for wages and is not eligible for interim distribution of SEC fraud recovery. | | | | | | | | | | | |
| 509 | JAMES DAVID BOROUGHS 345 Welch Lane Savannah TN 38372-4998 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $63,750.00 | $63,750.00 | $0.00 | $0.00 | $0.00 | $63,750.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 510 | RICKEY BREWER 404 W. Water St. Clifton TN 38425-5632 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $49,333.13 | $8,125.22 | $0.00 | $0.00 | $0.00 | $8,125.22 |
| **Claim Notes:** | Allow as unsecured in reduced amount | | | | | | | | | | | |
| 511 | NEAL DARROW 6012 Jody Court SW Olympia WA 98512 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $5,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | |
| 512 | THOMAS DUNCAN 1115 Wilson Pike Brentwood TN 37027-6736 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $598,849.16 | $598,849.16 | $0.00 | $0.00 | $0.00 | $598,849.16 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |

**Case No.**        08-09771-MH3-7                                    **Trustee Name:**    Michael Gigandet
**Case Name:**      JC REED & CO., INC.                               **Date:**            7/10/2014
**Taxpayer ID #:**  30-3400834
**Claims Bar Date:** 04/21/2009

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 513 | WILLIAM & LINDA GENTRY<br><br>7870 Burns Hill Road<br>Clinton IL 61727-2896 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $5,715.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | |
| 514 | JEAN HARDIN<br><br>2535 Cravens Road<br>Savannah TN 38372-4925 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $688,900.00 | $688,900.00 | $0.00 | $0.00 | $0.00 | $688,900.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 515 | SAMUEL & HELEN HARVILL<br>PO Box 43<br>Counce TN 38326-0043 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $70,000.00 | $70,000.00 | $0.00 | $0.00 | $0.00 | $70,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 516 | THOMAS HARVILL<br><br>PO Box 40<br>Counce TN 38326-0040 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $67,944.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | |
| 517 | ANNA RUTH HELTSLEY<br><br>c/o Philip L. Robertson, Esq.<br>Robertson Law Group<br>1896 General George Patten Ste 600<br>Franklin TN 37067 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $39,414.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | |
| 518 | ANGELA HILLIARD<br><br>37 E. Montross Road<br>Tunkhannock PA 18657-9011 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $244,404.78 | $166,868.65 | $0.00 | $0.00 | $0.00 | $166,868.65 |
| **Claim Notes:** | Allow as unsecured in reduced amount | | | | | | | | | | | |

**Case No.**     08-09771-MH3-7                                             **Trustee Name:**     Michael Gigandet
**Case Name:**   JC REED & CO., INC.                                        **Date:**             7/10/2014
**Taxpayer ID #:** 30-3400834
**Claims Bar Date:** 04/21/2009

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 519 | D. ANN HUDSON  233 173rd St. Hammond IN 46324-2509 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $67,590.74 | $67,509.74 | $0.00 | $0.00 | $0.00 | $67,509.74 |
| **Claim Notes:** | Allowed as unsecured in increased amount to allot for net litigation recovery | | | | | | | | | | | |
| 520 | TIMOTHY JARMUSZ  3106 Gloria Lane Joliet IL 60435 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $15,159.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | |
| 521 | JOY JOHNS  6400 Murray Lane Brentwood TN 37027 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $55,000.00 | $55,000.00 | $0.00 | $0.00 | $0.00 | $55,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 522 | VERNON JOHNSON  1009 Mulberry St. Burns TN 37029 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $15,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | |
| 523 | DAVID/ANN JONES | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $73,480.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | |
| 524 | MELANIE JONES  7114 Hill Hughes Rd Fairview TN 37062 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $50,355.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | |
| 525 | RICHARD/MARGARET JOSTEN 2944 N 78th Ct Elmwood Park IL 60707 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $883,597.53 | $883,597.53 | $0.00 | $0.00 | $0.00 | $883,597.53 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |

**Case No.** 08-09771-MH3-7
**Case Name:** JC REED & CO., INC.
**Taxpayer ID #:** 30-3400834
**Claims Bar Date:** 04/21/2009

**Trustee Name:** Michael Gigandet
**Date:** 7/10/2014

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 526 | JIREH LATIN AMERICAN MINISTERY PO Box 228 Counce TN 38326-0040 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $15,492.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | |
| 527 | LUCILLE MARTIN 6210 Hwy 57 Counce TN 38326-3409 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $41,412.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | |
| 528 | MAURICE MATHIAS 3475 Southcreek Road Kenney IL 61749 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,000.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 529 | MAURICE MATHIS, JR. Rural Route #1 Box 2 Kenney IL 61749 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,000.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 530 | JANICE MILLER 812 N Fell Ave. Normal IL 61761-1633 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 531 | LUCILLE MILLER 812 N Fell Ave. Normal IL 61761-1633 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,000.00 | $6,000.00 | $0.00 | $0.00 | $0.00 | $6,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 532 | PEGGY MORABITO 3881 White Blossom Circle Southport NC 28461 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $200,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | |

| Case No. | 08-09771-MH3-7 | | Trustee Name: | Michael Gigandet |
| Case Name: | JC REED & CO., INC. | | Date: | 7/10/2014 |
| Taxpayer ID #: | 30-3400834 | | | |
| Claims Bar Date: | 04/21/2009 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 533 | TIMOTHY MORABITO<br><br>c/o Philip L. Robertson<br>Robertson Law Group<br>1896 General George Patten Ste 600<br>Franklin TN 37067 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $535,280.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | |
| 534 | TIMOTHY O'NEILL<br><br>5613 Esquivel Ave.<br>Lakewood CA 90712-1443 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $50,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | |
| 535 | JANET PAYLOR<br><br>7 East Montross Road<br>Tunkhannock PA 18657-9011 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $41,312.46 | $2,412.33 | $0.00 | $0.00 | $0.00 | $2,412.33 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 536 | PHILLIP PAYLOR<br><br>7 East Montross Road<br>Tunkhannock PA 18657-9011 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $79,997.00 | $54,621.74 | $0.00 | $0.00 | $0.00 | $54,621.74 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 537 | DENNIS PLUNK<br><br>PO Box 220<br>Savannah TN 38372-0220 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $92,800.00 | $92,800.00 | $0.00 | $0.00 | $0.00 | $92,800.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 538 | LINDA GAYLE POST<br><br>1611 Clearview Dr.<br>Brentwood TN 37027-7983 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $179,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | |

Case No.: 08-09771-MH3-7
Case Name: JC REED & CO., INC.
Taxpayer ID #: 30-3400834
Claims Bar Date: 04/21/2009

Trustee Name: Michael Gigandet
Date: 7/10/2014

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 539 | JOHN PROCOPIO<br><br>8500 Porter Pl<br>Crown Point IN 46307 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $48,000.00 | $48,000.00 | $0.00 | $0.00 | $0.00 | $48,000.00 |
| **Claim Notes:** Allow as unsecured | | | | | | | | | | | | |
| 540 | GENE/PATTY REED<br><br>275 Orchard Lane<br>Savannah TN 38372 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $8,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | | |
| 541 | PATTY REED<br><br>275 Orchard Lane<br>Savannah TN 38372 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $9,337.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | | |
| 542 | SHERRIE E REED<br><br>420 E. Sunset #D<br>Issaquah WA 98027 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $15,685.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | | |
| 543 | JOHN REED FAMILY TRUST<br>Sherrie E. Reed<br>420 E. Sunset #D<br>Issaquah WA 98027 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $1,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** Disallow as unsecured, no documentation and unsubstantiated | | | | | | | | | | | | |
| 544 | ROBERT & RACHEL RIDGE<br>144 Sycamore Lane<br>Franklin IL 60423 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $19,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | | |

| Case No. | 08-09771-MH3-7 |
|---|---|
| Case Name: | JC REED & CO., INC. |
| Taxpayer ID #: | 30-3400834 |
| Claims Bar Date: | 04/21/2009 |

| Trustee Name: | Michael Gigandet |
|---|---|
| Date: | 7/10/2014 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 545 | ERMINIA RINCON<br><br>9921 Branton Ave.<br>Highland IN 46322 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $58,040.73 | $58,040.73 | $0.00 | $0.00 | $0.00 | $58,040.73 |
| **Claim Notes:** Allow as unsecured | | | | | | | | | | | | |
| 546 | BARBARA K. ROPER<br><br>974 Jordan Circle<br>Schererville IN 46375-2280 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $89,438.26 | $89,438.26 | $0.00 | $0.00 | $0.00 | $89,438.26 |
| **Claim Notes:** Allow as unsecured | | | | | | | | | | | | |
| 547 | MONICA SANDERS | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $39,688.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | | |
| 548 | ALYSHA SEGGELKE<br><br>1302 Bancroft Drive<br>Bloomington IL 61704-2550 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,000.00 | $8,000.00 | $0.00 | $0.00 | $0.00 | $8,000.00 |
| **Claim Notes:** Allow as unsecured | | | | | | | | | | | | |
| 549 | BARBARA SMITH<br><br>220 McClellan Road<br>Madisonville TN 37354-7646 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,500.00 | $6,500.00 | $0.00 | $0.00 | $0.00 | $6,500.00 |
| **Claim Notes:** Allow as unsecured | | | | | | | | | | | | |
| 550 | ANDREW SNYDER<br><br>c/o Philip L. Robertson<br>Robertson Law Group<br>1896 General George Patten Ste 600<br>Franklin TN 37067 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $31,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | | |

**Case No.**     08-09771-MH3-7                          **Trustee Name:**   Michael Gigandet
**Case Name:**   JC REED & CO., INC.                     **Date:**   7/10/2014
**Taxpayer ID #:**   30-3400834
**Claims Bar Date:**   04/21/2009

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551 | CHARLES STUART<br><br>19306 46th Forest Park<br>Lake Forest Park WA 98155 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $25,000.00 | $17,068.37 | $0.00 | $0.00 | $0.00 | $17,068.37 |
| **Claim Notes:** | Allowed as unsecured | | | | | | | | | | | |
| 552 | BARBARA ANN SULLIVAN<br>16729 Kimbark Ct.k<br>South Hampton IL 60473-3243 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $40,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | |
| 553 | JOHN SULLIVAN<br><br>16729 Kimbark Ct.<br>South Holland IL 60473-3243 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $40,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | |
| 554 | ELIZABETH TRUXAL<br><br>1617 Schaller Lane<br>Dyer IN 46311-1645 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $40,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallow, claim insufficiently documented and calculated | | | | | | | | | | | |
| 555 | CAROLE UTERMARK<br><br>6534 East Ninth St. N.<br>Wichita KS 67206 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $18,555.00 | $12,668.14 | $0.00 | $0.00 | $0.00 | $12,668.14 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 556 | CHERI WALKER<br><br>c/o Sidney Hampton<br>18790 S. Upper Highland Rd<br>Beavercreek OR 97004-8789 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $97,060.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, claim insufficiently documented and calculated | | | | | | | | | | | |

**Case No.**       08-09771-MH3-7                              **Trustee Name:**   Michael Gigandet
**Case Name:**     JC REED & CO., INC.                         **Date:**           7/10/2014
**Taxpayer ID #:** 30-3400834
**Claims Bar Date:** 04/21/2009

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 557 | GALIN WALKER<br><br>c/o Sidney Hampton<br>18790 Upper Highland Road<br>Beaver Creek OR 97004-8789 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $27,245.00 | $27,245.00 | $0.00 | $0.00 | $0.00 | $27,245.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 558 | PATRICIA WASOWICZ<br><br>1 Oak Brook Club Dr. A205<br>Oak Brook IL 60523-8618 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $175,020.00 | $175,020.00 | $0.00 | $0.00 | $0.00 | $175,020.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 559 | DAVID B. WHITE<br><br>PO Box 228<br>Counce TN 38326 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $118,003.20 | $118,003.20 | $0.00 | $0.00 | $0.00 | $118,003.20 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 560 | DIANNA WHITE<br><br>395 Central Ave.<br>Savannah TN 38372-4012 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $57,126.42 | $57,126.42 | $0.00 | $0.00 | $0.00 | $57,126.42 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 561 | EDWARD WILLIAMSON<br><br>35 Heather Ct.<br>Schererville IN 46375-1008 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $58,560.00 | $58,560.00 | $0.00 | $0.00 | $0.00 | $58,560.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 562 | MAUREEN WILLIAMSON<br>35 Heather Ct<br>Schererville IN 46375-1008 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $54,240.00 | $54,240.00 | $0.00 | $0.00 | $0.00 | $54,240.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |

| | | |
|---|---|---|
| Case No. | 08-09771-MH3-7 | |
| Case Name: | JC REED & CO., INC. | |
| Taxpayer ID #: | 30-3400834 | |
| Claims Bar Date: | 04/21/2009 | |

| | |
|---|---|
| Trustee Name: | Michael Gigandet |
| Date: | 7/10/2014 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 563 | RJ YOUNG<br><br>809 Division St.<br>PO Box 40623<br>Nashville TN 37204-0623 | 02/25/2014 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $1,984.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed in this distribution. Claim not eligible for interim distribution of SEC fraud recovery | | | | | | | | | | | |
| 564 | JIM ALEX | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $400,000.00 | $400,000.00 | $0.00 | $0.00 | $0.00 | $400,000.00 |
| **Claim Notes:** | Allowed as unsecured | | | | | | | | | | | |
| 565 | CHANDLER ALLEN | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $15,523.75 | $15,523.75 | $0.00 | $0.00 | $0.00 | $15,523.75 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 566 | DAVID APPS<br><br>14655 S. 82nd Ave.<br>Orland Park IL 60462-2455 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,134.50 | $5,134.50 | $0.00 | $0.00 | $0.00 | $5,134.50 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 567 | PAUL AUSTIN<br><br>704 Turtledove Lane<br>New Lenox IL 60451-8638 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $52,500.00 | $52,500.00 | $0.00 | $0.00 | $0.00 | $52,500.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 568 | PAUL & SUSAN AUSTIN<br><br>704 Turtledove Lane<br>New Lenox IL 60451-8638 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,000.00 | $4,000.00 | $0.00 | $0.00 | $0.00 | $4,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 569 | JAMES/LAURA BAX<br><br>15417 Royal Georgian Rd<br>Orland Park IL 60462-3894 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,850.75 | $2,850.75 | $0.00 | $0.00 | $0.00 | $2,850.75 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 570 | DAVE BOROUGHS | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $13,125.00 | $13,125.00 | $0.00 | $0.00 | $0.00 | $13,125.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |

Case No. 08-09771-MH3-7

Trustee Name: Michael Gigandet

Case Name: JC REED & CO., INC.

Date: 7/10/2014

Taxpayer ID #: 30-3400834

Claims Bar Date: 04/21/2009

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 571 | DAWN BRADLEY  2761 Jacob Dr. Thompsons Station TN 37179-9233 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,875.00 | $7,875.00 | $0.00 | $0.00 | $0.00 | $7,875.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 572 | JASON BRADLEY | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,450.00 | $9,450.00 | $0.00 | $0.00 | $0.00 | $9,450.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 573 | JASON/DAWN BRADLEY  105 Selinawood Place Franklin TN 37067-5958 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 574 | FLORENCE BRAKE  908 Harris Dr. Gallatin TN 37066-3463 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $144,000.00 | $144,000.00 | $0.00 | $0.00 | $0.00 | $144,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 575 | CINDI BRENNESHOLTZ | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $54,390.11 | $54,390.11 | $0.00 | $0.00 | $0.00 | $54,390.11 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 576 | STEPHEN BROWN | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $393,010.50 | $393,010.50 | $0.00 | $0.00 | $0.00 | $393,010.50 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 577 | STEVE/KELLI BROWN  4311 Ravine Ridge Trl Austin TX 78746-1283 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $15,000.00 | $15,000.00 | $0.00 | $0.00 | $0.00 | $15,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 578 | DAVID BROWNLEE  412 Parish Pl Franklin TN 37067-2636 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,500.00 | $10,500.00 | $0.00 | $0.00 | $0.00 | $10,500.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |

| Case No. | 08-09771-MH3-7 | | Trustee Name: | Michael Gigandet |
| Case Name: | JC REED & CO., INC. | | Date: | 7/10/2014 |
| Taxpayer ID #: | 30-3400834 | | | |
| Claims Bar Date: | 04/21/2009 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 579 | LINDA CALDWELL<br><br>814 Harris Dr.<br>Gallatin TN 37066-3420 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $525,010.00 | $525,010.00 | $0.00 | $0.00 | $0.00 | $525,010.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 580 | RACHEL CAMPBELL | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $16,035.00 | $16,035.00 | $0.00 | $0.00 | $0.00 | $16,035.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 581 | CHARLIE CARROL<br><br>1078 Vaughn Crest Drive<br>Franklin TN 37069-7211 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $510,000.00 | $510,000.00 | $0.00 | $0.00 | $0.00 | $510,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 582 | LYNN CHAIN | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $558,550.00 | $558,550.00 | $0.00 | $0.00 | $0.00 | $558,550.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 583 | JEFFREY/MICHELLE COURTNEY<br>16240 Lowell Ave.<br>South Holland IL 60473-2230 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,275.75 | $1,275.75 | $0.00 | $0.00 | $0.00 | $1,275.75 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 584 | ANNE MARIE DANKO<br><br>5631 Kendall Dr.<br>Nashville TN 37209 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $39,520.00 | $39,520.00 | $0.00 | $0.00 | $0.00 | $39,520.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 585 | CLAUDIA DUNCAN<br><br>610 Winners Circle Pl<br>Thompsons Station TN 37179 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,065.00 | $7,065.00 | $0.00 | $0.00 | $0.00 | $7,065.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 586 | TOMMY A DUNCAN | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $72,682.00 | $72,682.00 | $0.00 | $0.00 | $0.00 | $72,682.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |

| Case No. | 08-09771-MH3-7 |
|---|---|
| Case Name: | JC REED & CO., INC. |
| Taxpayer ID #: | 30-3400834 |
| Claims Bar Date: | 04/21/2009 |

| Trustee Name: | Michael Gigandet |
|---|---|
| Date: | 7/10/2014 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 587 | BRAD ELLIS | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,890.00 | $5,890.00 | $0.00 | $0.00 | $0.00 | $5,890.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 588 | CHARLOTTE EVERS | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,250.00 | $5,250.00 | $0.00 | $0.00 | $0.00 | $5,250.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 589 | AL GESSLER  809 Tyndall Ave. Erie PA 16511 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,500.00 | $10,500.00 | $0.00 | $0.00 | $0.00 | $10,500.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 590 | RAMONE GOOD | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 591 | BRIAN GREEN | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $21,000.00 | $21,000.00 | $0.00 | $0.00 | $0.00 | $21,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 592 | BRIAN/WENDY GREEN  247 Spencer Creek Rd Franklin TN 37069 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $21,769.00 | $21,769.00 | $0.00 | $0.00 | $0.00 | $21,769.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 593 | WENDY GREEN | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $15,225.00 | $15,225.00 | $0.00 | $0.00 | $0.00 | $15,225.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 594 | SEAN/JULIE GREGERSON 2356 Boulder Rd Dyer IN 46311 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $13,325.75 | $13,325.75 | $0.00 | $0.00 | $0.00 | $13,325.75 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |

**Case No.** 08-09771-MH3-7

**Case Name:** JC REED & CO., INC.

**Taxpayer ID #:** 30-3400834

**Claims Bar Date:** 04/21/2009

**Trustee Name:** Michael Gigandet

**Date:** 7/10/2014

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 595 | RICHARD C HOLLIS<br><br>9003 Carondelet Pl<br>Brentwood TN 37027 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $103,902.75 | $103,902.75 | $0.00 | $0.00 | $0.00 | $103,902.75 |
| **Claim Notes:** Allow as unsecured | | | | | | | | | | | | |
| 596 | DOROTHY HOLLIS | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $144,000.00 | $144,000.00 | $0.00 | $0.00 | $0.00 | $144,000.00 |
| **Claim Notes:** Allow as unsecured | | | | | | | | | | | | |
| 597 | KAREN HOLLIS<br><br>9003 Carondelet Pl<br>Brentwood TN 37027 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,960.00 | $8,960.00 | $0.00 | $0.00 | $0.00 | $8,960.00 |
| **Claim Notes:** Allow as unsecured | | | | | | | | | | | | |
| 598 | MATT HOLLIS<br><br>6353 Lampkins Bridge Road<br>College Grove TN 37046 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,882.25 | $2,882.25 | $0.00 | $0.00 | $0.00 | $2,882.25 |
| **Claim Notes:** Allow as unsecured | | | | | | | | | | | | |
| 599 | ALLEN HOOD | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $85,000.00 | $85,000.00 | $0.00 | $0.00 | $0.00 | $85,000.00 |
| **Claim Notes:** Allow as unsecured | | | | | | | | | | | | |
| 600 | JAMES HUEMMER<br><br>8818 W 93rd Pl<br>Hickory Hills IL 60457 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $63,350.00 | $63,350.00 | $0.00 | $0.00 | $0.00 | $63,350.00 |
| **Claim Notes:** Allow as unsecured | | | | | | | | | | | | |
| 601 | STEVE/HEATHER HUNT | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,250.00 | $5,250.00 | $0.00 | $0.00 | $0.00 | $5,250.00 |
| **Claim Notes:** Allow as unsecured | | | | | | | | | | | | |
| 602 | NICK HUNTER | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $152,250.00 | $152,250.00 | $0.00 | $0.00 | $0.00 | $152,250.00 |
| **Claim Notes:** Allow as unsecured | | | | | | | | | | | | |

**Case No.** 08-09771-MH3-7

**Case Name:** JC REED & CO., INC.

**Taxpayer ID #:** 30-3400834

**Claims Bar Date:** 04/21/2009

**Trustee Name:** Michael Gigandet

**Date:** 7/10/2014

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 603 | DAVID JOHNSON<br><br>105 Hillcrest Dr<br>Edinboro PA 16412 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $26,255.25 | $26,255.25 | $0.00 | $0.00 | $0.00 | $26,255.25 |
| **Claim Notes:** Allow as unsecured | | | | | | | | | | | | |
| 604 | DOUGLAS JOHNSON<br><br>1564 Mount Pleasant Rd<br>Willow Spring NC 27592 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $26,255.25 | $26,255.25 | $0.00 | $0.00 | $0.00 | $26,255.25 |
| **Claim Notes:** Allow as unsecured | | | | | | | | | | | | |
| 605 | DR. KUHLO | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $722,500.00 | $722,500.00 | $0.00 | $0.00 | $0.00 | $722,500.00 |
| **Claim Notes:** Allow as unsecured | | | | | | | | | | | | |
| 606 | ROY LEACH<br><br>4004 Amber Way<br>Spring Hill TN 37174 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,005.00 | $2,005.00 | $0.00 | $0.00 | $0.00 | $2,005.00 |
| **Claim Notes:** Allow as unsecured | | | | | | | | | | | | |
| 607 | DON MANN | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $308,500.00 | $308,500.00 | $0.00 | $0.00 | $0.00 | $308,500.00 |
| **Claim Notes:** Allow as unsecured | | | | | | | | | | | | |
| 608 | CORRADO MARINO<br><br>103 Deer Park Close<br>Franklin TN 37069 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $554,453.63 | $554,453.63 | $0.00 | $0.00 | $0.00 | $554,453.63 |
| **Claim Notes:** Allow as unsecured | | | | | | | | | | | | |
| 60937 064 | CAREY MATHIS<br><br>215 Tyne Dr.<br>Franklin TN 37064 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $16,301.25 | $16,301.25 | $0.00 | $0.00 | $0.00 | $16,301.25 |
| **Claim Notes:** Allow as unsecured | | | | | | | | | | | | |

| Case No. | 08-09771-MH3-7 | Trustee Name: | Michael Gigandet |
| Case Name: | JC REED & CO., INC. | Date: | 7/10/2014 |
| Taxpayer ID #: | 30-3400834 | | |
| Claims Bar Date: | 04/21/2009 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 610 | KENNETH MATHIS<br><br>215 Tyne Dr.<br>Franklin TN 37064 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,386.25 | $3,386.25 | $0.00 | $0.00 | $0.00 | $3,386.25 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 611 | WALTER MATHIS<br><br>972 White Conkwright Rd<br>Winchester KY 40391-9350 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,728.00 | $7,728.00 | $0.00 | $0.00 | $0.00 | $7,728.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 612 | BILL MCCLARY | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,240.00 | $12,240.00 | $0.00 | $0.00 | $0.00 | $12,240.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 613 | THOMAS MCDANIEL | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,875.00 | $7,875.00 | $0.00 | $0.00 | $0.00 | $7,875.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 614 | MJJ PARTNERSHIP | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,875.00 | $7,875.00 | $0.00 | $0.00 | $0.00 | $7,875.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 615 | MELINDA MOY | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $315,000.00 | $315,000.00 | $0.00 | $0.00 | $0.00 | $315,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 616 | MATT NAAS<br><br>429 Thomas Loop Rd<br>Sevierville TN 37876 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $105,000.00 | $105,000.00 | $0.00 | $0.00 | $0.00 | $105,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 617 | PAULA NAAS<br><br>4735 Loftwood Dr.<br>Owensboro KY 42303 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $42,000.00 | $42,000.00 | $0.00 | $0.00 | $0.00 | $42,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |

| Case No. | 08-09771-MH3-7 | Trustee Name: | Michael Gigandet |
| Case Name | JC REED & CO., INC. | Date: | 7/10/2014 |
| Taxpayer ID #: | 30-3400834 | | |
| Claims Bar Date: | 04/21/2009 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 618 | JENNIE NEWBORN<br>200 Church St.<br>Goodlettsville TN 37072 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,645.00 | $9,645.00 | $0.00 | $0.00 | $0.00 | $9,645.00 |
| | **Claim Notes:** Allow as unsecured | | | | | | | | | | | |
| 619 | DANIEL/KAREN PENDER<br>8918 Brown Dr.<br>Frankfort IL 60423 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $24,742.75 | $24,742.75 | $0.00 | $0.00 | $0.00 | $24,742.75 |
| | **Claim Notes:** Allow as unsecured | | | | | | | | | | | |
| 620 | DONNA PLUNK<br>155 Cagle Circle<br>Savannah TN 38372 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $32,445.00 | $32,445.00 | $0.00 | $0.00 | $0.00 | $32,445.00 |
| | **Claim Notes:** Allow as unsecured | | | | | | | | | | | |
| 621 | JESSICA PODLIN<br>25927 S. Cottage Grove Ave.<br>Crete IL 60417 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,380.00 | $1,380.00 | $0.00 | $0.00 | $0.00 | $1,380.00 |
| | **Claim Notes:** Allow as unsecured | | | | | | | | | | | |
| 622 | JOE PODLIN<br>25927 S Cottage Grove Ave.<br>Crete IL 60417 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,380.00 | $3,380.00 | $0.00 | $0.00 | $0.00 | $3,380.00 |
| | **Claim Notes:** Allow as unsecured | | | | | | | | | | | |
| 623 | PHILLIP POTERACK | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $37,800.00 | $37,800.00 | $0.00 | $0.00 | $0.00 | $37,800.00 |
| | **Claim Notes:** Allow as unsecured | | | | | | | | | | | |
| 624 | MARGARET REED<br>3242 E State Road 14<br>Fair Oaks IN 47943 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,000.00 | $12,000.00 | $0.00 | $0.00 | $0.00 | $12,000.00 |
| | **Claim Notes:** Allow as unsecured | | | | | | | | | | | |

Case No.  08-09771-MH3-7
Case Name:  JC REED & CO., INC.
Taxpayer ID #:  30-3400834
Claims Bar Date:  04/21/2009

Trustee Name:  Michael Gigandet
Date:  7/10/2014

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 625 | RICHARD REED  3242 E State Road 14  Fair Oaks IN 47943 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,500.00 | $14,500.00 | $0.00 | $0.00 | $0.00 | $14,500.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 626 | RICHARD/MARGARET REED  3242 E State Road 14  Fair Oaks IN 47973 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $46,450.00 | $46,450.00 | $0.00 | $0.00 | $0.00 | $46,450.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 627 | ERIN RUTHERFORD  2160 N McVay Dr.  Mobile AL 36605 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $25,294.50 | $25,294.50 | $0.00 | $0.00 | $0.00 | $25,294.50 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 628 | MIKE SMITH | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $36,750.00 | $36,750.00 | $0.00 | $0.00 | $0.00 | $36,750.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 629 | LINDA SPEARMAN  850 Willowsprings Blvd.  Franklin TN 37064 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,055.00 | $1,055.00 | $0.00 | $0.00 | $0.00 | $1,055.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 630 | KAYE STEED | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 631 | MARY STURGEON  3049 Liberty Hills Drive  Franklin TN 37067 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 632 | JOHN/BARBARA SULLIVAN | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $160,000.00 | $160,000.00 | $0.00 | $0.00 | $0.00 | $160,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |

**Case No.**: 08-09771-MH3-7                                   **Trustee Name:** Michael Gigandet
**Case Name:** JC REED & CO., INC.                            **Date:** 7/10/2014
**Taxpayer ID #:** 30-3400834
**Claims Bar Date:** 04/21/2009

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 633 | THOMAS ALLEN SULLIVAN 127 Pennystone Circle Franklin TN 37067 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $48,180.00 | $48,180.00 | $0.00 | $0.00 | $0.00 | $48,180.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 634 | DR. MIKE TABOR | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,995.00 | $4,995.00 | $0.00 | $0.00 | $0.00 | $4,995.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 635 | SARA TYLER | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $22,081.50 | $22,081.50 | $0.00 | $0.00 | $0.00 | $22,081.50 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 636 | JAMES UTERMARK | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $51,450.00 | $51,450.00 | $0.00 | $0.00 | $0.00 | $51,450.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 637 | JACQUELINE VALENTINE 123 Acacia Circle Apt 213 Indian Head Park IL 60525 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $144,300.00 | $144,300.00 | $0.00 | $0.00 | $0.00 | $144,300.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 638 | JIM VANDERPOOL 100 Wheaton Hall Lane Franklin TN 37069 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,900.00 | $6,900.00 | $0.00 | $0.00 | $0.00 | $6,900.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 639 | BLAIR/JOY VANDERVENNAN 0-12238 Aleigha Dr. NW Grand Rapids MI 49534 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,441.25 | $2,441.25 | $0.00 | $0.00 | $0.00 | $2,441.25 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 640 | WES WADDLE PO Box 72258 Phoenix AZ 85050 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,000.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |

**Case No.** 08-09771-MH3-7

**Case Name:** JC REED & CO., INC.

**Taxpayer ID #:** 30-3400834

**Claims Bar Date:** 04/21/2009

**Trustee Name:** Michael Gigandet

**Date:** 7/10/2014

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 641 | JOCELYN WEATHERBY<br><br>1417 Russell St.<br>Nashville TN 37206 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,175.00 | $2,175.00 | $0.00 | $0.00 | $0.00 | $2,175.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 642 | CARRIE WESSEL | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $441,000.00 | $441,000.00 | $0.00 | $0.00 | $0.00 | $441,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 643 | STEPHEN/AMY WESTBROOK<br>3005 Oxford Glen Dr.<br>Franklin TN 37067 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,000.00 | $20,000.00 | $0.00 | $0.00 | $0.00 | $20,000.00 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 644 | DAVID/SHARON WHITE<br><br>PO Box 228<br>Counce TN 38326 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,326.62 | $9,326.62 | $0.00 | $0.00 | $0.00 | $9,326.62 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| 645 | RONALD WHITE<br><br>200 Haley House Lane<br>Carey NC 27519 | 02/25/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $715,058.40 | $715,058.40 | $0.00 | $0.00 | $0.00 | $715,058.40 |
| **Claim Notes:** | Allow as unsecured | | | | | | | | | | | |
| | | | | | | $15,415,935.00 | $11,579,805.38 | $0.00 | $0.00 | $0.00 | | 11,579,805.38 |

**Case No.**          08-09771-MH3-7

**Case Name:**        JC REED & CO., INC.

**Taxpayer ID #:**    30-3400834

**Claims Bar Date:**  04/21/2009

**Trustee Name:**     Michael Gigandet

**Date:**             7/10/2014

CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $15,383,660.02 | $11,547,530.40 | $0.00 | $0.00 | $0.00 | $11,547,530.40 |
| Trustee Compensation | $32,274.98 | $32,274.98 | $0.00 | $0.00 | $0.00 | $32,274.98 |
| Trustee Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

A MARGARET JOSTEN
2944 N 78TH CT
ELMWOOD PARK, IL 60707

ALBERT U GESLER III
809 TYNDALL AVE
ERIE PA 16511

Alysha M. Seggelke
1302 Bancroft Drive
Bloomington, IL 61704-2550

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS, TX 75265-0448

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Amy Austin
22078 Pembrook Dr.
Franklin, IL 60423-8093

AMY DRAPER
1105 PIGSKIN CT.
FRANKLIN, TN 37064

ANDREW B SNYDER
401 BOWLING AVE UNIT 81
NASHVILLE TN 37205

ANDREW PHILLIP HILLARD & ANGELIA
HILLARD
37 E. MONTROSS RD
TUNKHANNOCK, PA 18657

Andrew Snyder
c/o Philip L. Robertson
Robertson Law Group
1896 General George Patten Ste 600
Franklin, TN 37067

ANGELIA HILLARD
37 E MONTROSS RD
TUNKHANNOCK PA 18657-9011

Anna Ruth Heltsley
c/o Philip L. Robertson, Esq.
Robertson Law Group
1896 General George Patten Ste 600
Franklin, TN 37067

ANNA RUTH HELTSLEY
144 2ND AVE. N, STE 300
NASHVILLE, TN 37201

ANNE MARIE DANKO
5631 KENDALL DR.
NASHVILLE, TN 37209

ANTHONY THOMAS DUNCAN
THOMAS F DUNCAN
1115 WILSON PIKE
BRENTWOOD, TN 37027

ANTHONY THOMAS DUNCAN
610 WINNERS CIRCLE PL
THOMPSONS STATION TN 37179

AUDIE HAROLD BURKS
1852 HWY 34 W
NEWNAN, GA 30263-5066

B & T FAMILY INVESTMENTS, LP
THOMAS F DUNCAN
1115 WILSON PIKE
BRENTWOOD, TN 37027

BARBARA ANN SULLIVAN
16729 KIMBARK CT
SOUTH HAMPTON IL 60473-3243

BARBARA ANN SULLIVAN REV TRUST
BARBARA A SULLIVAN
16729 KIMBARK CT
SOUTH HOLLAND IL 60473

BARBARA K ROPER
974 JORDAN CIR
SCHERERVILLE IN 46375-2280

BARBARA ROPER TRUST
BARBARA KAE ROPER
974 JORDAN CIR
SCHERERVILLE IN 46375

BARBARA SMITH
220 McClellan Rd.
Madisonville Tn 37354-7646

BARRON A MATHIS
AMY MATHIS
1101 HUDSON LANE
FRANKLIN, TN 37067

BEULAH BISHOP
518 ANNEX AVE.
NASHVILLE, TN 37209-1683

BLAIR VANDER VENNEN
JOY VANDER VENNEN
0-12238 Aleigha Dr. NW
Grand Rapids, MI 49534

BLANKENSHIP CPA GROUP LLC
109 WESTPARK DR STE 430
BRENTWOOD TN 37027-5032

BOULT CUMMINGS CONNERS & BERRY
ATTN WILLIAM L NORTON III
PO BOX 340025
NASHVILLE, TN 37203-0025

BOYLE 2555 MERIDIAN JOINT VENT
ATTN.: HENRY MORGAN
5900 POPLAR AVENUE, STE.100
MEMPHIS, TN 38119-3991

BRENDA CHURCH
2422 HICKS LANE
COLUMBIA, TN 38401-6825

BRIAN LEE GREEN
WENDI FOY GREEN
247 SPENCER CREEK RD
FRANKLIN, TN 37069

BRIAN ROTH
5408 Razorback Rd
Conover, WI 54519

c/o Courtney H. Gilmer Westchester Fire Insu
Baker Donelson
211 Commerce Street
Suite 800
Nashville, TN 37201-1817

CAMIEL BENNETT
THOMAS F DUNCAN
1115 WILSON PIKE
BRENTWOOD, TN 37027

CANDICE R BENNETT
THOMAS F DUNCAN
1115 WILSON PIKE
BRENTWOOD, TN 37027

CAREY E TUCK-MATHIS
215 TYNE DR.
FRANKLIN, TN 37064

CAREY RAE DEGROOTE
1105 ORA DR.
WATERLOO, IA 50701

CAROLE H UTERMARK
6534 East Ninth St. N.
Wichita, Kansas 67206

CAROLINE JARMUSZ
3106 GLORIA LANE
JOLIET IL 60435

CARRIE ELIZABETH NAAS
5008 CORAL REEF DRIVE
JOHNS ISLAND, SC 29455

CATHY BURCH-BYERS
4635 COLUMBIA PIKE
THOMPSONS STATION, TN 37179-5205

CAYCE BENNETT
THOMAS F DUNCAN
1115 WILSON PIKE
BRENTWOOD, TN 37027

CHANNING BENNETT
1115 WILSON PIKE
BRENTWOOD, TN 37027

CHARLES CHRISTOPHER GUARNERI
320 FOREST BEND DR.
MT. JULIET, TN 37067

CHARLES JOSEPH YAMEK
1547 TOWNE PARK LANE
FRANKLIN TN 37067

Charles L. Stuart
19306 46th Forest Park
Lake Forest Park, WA 98155

CHARLIE CARROLL
1078 VAUGHN CREST DRIVE
FRANKLIN, TN 37069-7211

CHASE
CARDMEMBER SERVICES
P.O. BOX 94014
PALATINE, IL 60094-4014

CHELSEA LYNN REED
JOHN CLEVELAND REED
9014 GREY POINTE CT
BRENTWOOD TN 37027

Cheri Walker
%Sidney Hampton
18790 S. Upper Highland Rd.
Beaver Creek, OR 97004-8789

CHERI WALKER
13448 East 49th St.
Yuma, Arizona 85367

CHERYL BATES
7342 TAYLOR RD
FAIRVIEW, TN 37062-9049

CHRISTINA CRUS PISCHEL
1901 OLEARY CT.
SPRING HILL, TN 37174

CHRISTOPHER JOHN CONSIDINE
SUSAN RENE CONSIDINE
28353 325TH ST.
NEW HARTFORD, IA 50660-8668

CHRISTOPHER PISCHEL
CHRISTINA CRUS PISCHEL
1901 OLEARY CT
SPRING HILL TN 37174

CHRISTOPHER ROGERS
203 CHEEKWOOD CT
FRANKLIN TN 37069

CHRISTOPHER WAYNE MANESS
616 WARRIOR DR
MURFREESBORO, TN 37128

CLAUDIA E DUNCAN
610 WINNERS CIRCLE PL
THOMPSONS STATION, TN 37179

COLTYN LANE SANDS
FRANCES ANN JONES
7107 JONES LANE
FAIRVIEW, TN 37062

CORRADO MARINO
103 DEER PARK CLOSE
FRANKLIN, TN 37069

CYNTHIA BARKER
7821 HARPETH VIEW DR.
NASHVILLE, TN 37221-5319

CYRUS C. PISCHEL
CHRISTINA CRUS PISCHEL
1901 OLEARY CT
SPRING HILL TN 37174

D. ANN HUDSON
233 173th St
Hammond Indiana 46324-2509

DALE C SEGGELKE
103 S MADISON ST.
LINCOLN IL 62656

DANIEL G PENDER
8918 BROWN DRIVE
FRANKFORT, IL 60423

DANIEL G VADEN
JOHN DAVID VADEN III
115 PAVIN CT.
MURFREESBORO TN 37128

DAVID B JOHNSON
105 HILLCREST DR
EDINBORO, PA 16412

DAVID BROWNLEE
412 PARISH PL
FRANKLIN, TN 37067-2636

DAVID DEPRIEST
525 ANTEBELLUM CT.
FRANKLIN, TN 37064

DAVID ELGIN JONES
7124 NEW HOPE RD
FAIRVIEW, TN 37062

DAVID G. JONES
7107 JONES LN
FAIRVIEW TN 37062

David J. Cocke
Evans Petree P.C.
1000 RIDGEWAY LOOP ROAD
STE 200
Memphis, TN 38120

DAVID R APPS
14655 S. 82ND AVE.
ORLAND PARK. IL 60462-2455

DAVID WHITE
SHARON WHITE
PO BOX 228
COUNCE TN 38326

DAWN CARLYN BRADLEY
2761 JACOB DR.
THOMPSONS STATION, TN 37179-9233

DEBORAH DENISE RUSSELL
1107 SOUTHGATE
MADISONVILLE TN 37354

DEBRA KROLL
1746 DAKOTA DR
WATERLOO, IA 50701

DENISE FREEMAN
1852 HWY 34 W
NEWNAN, GA 30263-5066

DENNIS EDWARD CHAMBERS
1025 BELCOR DRIVE
SPRING HILL, TN 37174-8645

DENNIS W PLUNK
PO BOX 220
SAVANNAH TN 38372-0220

DENNIS W PLUNK
DONNA H PLUNK
155 CAGLE CIR
SAVANNAH TN 38372

DIANNA WHITE
395 CENTRAL AVE
SAVANNAH TN 38372-4012

DONNA H PLUNK
155 CAGLE CIR
SAVANNAH TN 38372

DORIS SHARON DAVIS
230 TOOMEY LANE
MADISONVILLE, TN 37354

DOUGLAS F JOHNSON
1564 MOUNT PLEASANT RD
WILLOW SPRING, NC 27592

EDDIE LYNN RICKMAN
267 COBBLESTONE DR
SAVANNAH, TN 38372

EDITH BARLOW
560 RED SULPHUR RD
COUNCE, TN 38326-3112

EDITH K BARLOW
PO BOX 27
COUNCE TN 38326-0027

EDWARD G WILLIAMSON
35 HEATHER CT
SCHERERVILLE IN 46375-1008

ELBRYN R GOODE
8542 BUCHANAN ST.
MERRILLVILLE, IN 46410

ELIZABETH J TRUXAL
1617 SCHALLER LN
DYER IN 46311-1645

ELIZABETH S BARRY
508 CASELTON CT
FRANKLIN, TN 37068-4311

EMILY GATES
1002 CANDYTUFT CT
FRANKLIN, TN 37067

EMMA J DUNCAN
118 W 4TH ST.
RECTOR, AR 72461

ERIC THOMPSON
211 S COOKEVILLE LANE
SPARTA TN 38583

ERIN ELIZABETH RUTHERFORD
2160 N MCVAY DR.
MOBILE AL 36605

ERMINIA L RINCON
9921 Branton Avenue
HIGHLAND, IN 46322

ERMINIA L RINCON LIVING TRUST
ERMINIA L RINCON
9921 Branton Ave.
HIGHLAND IN 46322

ERNEST KUHLO
PATRICIA KUHLO
1296 LIBERY PIKE
FRANKLIN, TN 37067

FAITH FAZEKAS
6227 S. LIVERPOOL RD
HOBART, IN 46342

FLORENCE L BRAKE
908 HARRIS DR.
GALLATIN, TN 37066-3463

FRANCES ANN JONES
DAVID G JONES
7107 JONES LN
FAIRVIEW, TN 37062

GALIN A WALKER
13448 East 49th St.
Yuma, Arizona 85367

Galin A. Walker
%Sidney Hampton
18790 Upper Highland Rd.
Beaver Creek, OK 97004-8789

GENE A REED
PATTY REED
275 ORCHARD LANE
SAVANNAH TN 38372

GORDAN CONRAD LEE JR
LISA ANN LEE
1594 SE SKYLINE DR
SANTA ANA CA 92705

GRANVILLE GRANT JR
728 MEETING ST.
FRANKLIN, TN 37064

HEATH ALBRITTON
4231 OLD ARNO RD
FRANKLINK TN 37064-8014

HEATHER JOSTEN
304 HAY MARKET CT
FRANKLIN TN 37067

HEATHER L HUCK
16235 37TH AVE. N.
PLYMOUTH, MN 55446-4260

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY, MDP 146
801 BROADWAY, ROOM 285
NASHVILLE, TN 37203-3811

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

J CHANDLER ALLEN
9364 ANSLEY LANE
BRENTWOOD, TN 37027-3312

J THOMAS MCDANIEL
KATHRYN R MCDANIEL
2906 23RD AVE. S.
NASHVILLE, TN 37215

JACQUELINE E EATON
197 PEA RIDGE RD
WESTMORELAND, TN 37186

JACQUELINE V MUNTWYLER TRUST
JACQUELINE VALENTINE
123 ACACIA CIR APT. 213
IND HEAD PARK, IL 60525

JACQUELINE VALENTINE
123 ACACIA CIR APT 213
IND HEAD PARK IL 60525

JAMES ALLEN SULLIVAN
THOMAS ALLEN SULLIVAN
127 PENNYSTONE CIR
FRANKLIN TN 37067

JAMES AND LAURA BAX
15417 ROYAL GEORGIAN RD
ORLAND PARK. IL 60462-3894

James David Boroughs
345 Welch Ln
Savannah Tn 38372-4998

JAMES H HUEMMER
8818 W 93RD PL
HICKORY HILLS, IL 60457

JAMES SIDNEY OLIN
504 LAKE VALLEY CT
FRANKLIN, TN 37069

JANET E PAYLOR
7 EAST MONTROSS RD
TUNKHANNOCK PA 18657-9011

JANET MARIE INDREHUS
7020 CROWNE OAK RD
EDEN PRAIRIE, MN 55344

Janice Miller
812 N Fell Ave
Normal, IL 61761-1633

JASON EDWARD BRADLEY,DAWN
CARLYN BRADLEY
105 SELINAWOOD PLACE
FRANKLIN, TN 37067-5958

JEAN HARDIN
2535 CRAVENS RD
SAVANNAH TN 38372-4925

JEAN JOHNSON
113 BROOKVIEW DR
EDINBORO, PA 16412

JEFFREY KARL WILLIAMS
1723 HARNESS PL
BRENTWOOD TN 37027

JEFFREY S COURTNEY
MICHELLE COURTNEY
16240 LOWELL AVE.
SOUTH HOLLAND, IL 60473-2230

JENNIE MAI NEWBERN
200 CHURCH ST.
GOODLETTSVILLE, TN 37072

JENNIFER KAYE STEED
204 PRIMROSE LAND
LEBANON TN 37087

JEREMY HOPWOOD
1002 CANDYTUFT CT
FRANKLIN, TN 37067

JESSICA DIANE PODLIN
25927 S. COTTAGE GROVE AVE.
CRETE IL 60417

JIM R VANDERPOOL
100 WHEATON HALL LANE
FRANKLIN TN 37069

JIREH LATIN AMERICAN MINISTRY
PO BOX 228
COUNCE TN 38326-0040

JOCELYN WEATHERBY
1417 RUSSELL ST.
NASHVILLE, TN 37206

JOEL THOMAS POSLIN
25927 S COTTAGE GROVE AVE
CRETE IL 60417

JOHN C REED FAMILY TRUST
SHERRIE E REED
420 E. Sunset, #D
Issaquah, WA 98027

JOHN CLEVELAND
2555 MERIDIAN BLVD STE 140
FRANKLIN TN 37067

JOHN F SULLIVAN SR
16729 KIMBARK CT
SOUTH HOLLAND, IL 60473-3243

JOHN L PROCOPIO
8500 PORTER PL
CROWN POINT IN 46307

JOHN SULLIVAN SR REVOCABLE TR
16729 KIMBARK CT
SOUTH HOLLAND IL 60473

JONATHAN J SOLBERG
1580 27TH AVE NW
NEW BRIGHTON MN 55112

JOSEPH TODD NEAL
1022 Tower Hill Lane
Hendersonville, TN 37075

JOSHUA L. CLIFTON
PATRICIA MOORE CLIFTON
1104 OAK CREEK DR.
NOLENSVILLE, TN 37135-9783

JOY ANN JOHNS
6400 MURRAY LANE
BRENTWOOD, TN 37027

JUDITH A DEGROOTE
4048 E SHAULIS ROAD
WATERLOO, IA 50702

KAREN M PENDER
DANIEL G PENDER
8918 BROWN DR.
FRANKFORT, IL 60423

KAREN REED
101 GILLESPIE DR APT 15108
FRANKLIN TN 37067

KAREN S HOLLIS
9003 CARONDELET PL
BRENTWOOD, TN 37027

KELLYE RUTH DEPRIEST
525 ANTEBELLUM CT.
FRANKLIN, TN 37064

KENNETH ALVURN MATHIS
CAREY E TUCK-MATHIS
215 TYNE DR.
FRANKLIN, TN 37064

KIMBERLE GOOLIE
2103 PEBBLEBROOK DR.
ASHLAND CITY, TN 37015

KRISTEN LARSON
MARK LARSON
5525 COLUMBUS AVE.
MINNEAPOLIS MN 55417

KURT STUESSI
PATSY ELAINE STUESSI
2018 DAYLILY DR
FRANKLIN TN 37067

LAMAR
P.O. BOX 96030
BATON ROUGE, LA 70896-9030

LAMAR ADVERTISING COMPANY
ATTN: CREDIT DEPARTMENT
PO BOX 66338
BATON ROUGE LA 70896-6338

LANA LEI REED
9014 GREY POINT CT
BRENTWOOD TN 37027

LAUREN MAGLI
4162 COLUMBIA PIKE
FRANKLIN, TN 37064

LINDA CALDWELL
814 HARRIS DR
GALLATIN TN 37066-3420

LINDA GAYLE POST
1611 CLEARVIEW DR
BRENTWOOD TN 37027-7983

LINDA JEWELL SPEARMAN
850 WILLOWSPRINGS BLVD
FRANKLIN TN 37064

Lonnie R. and Elizabeth Austin
22798 Sara Springs Drive
Frankfort, IL 60423

Lucille A. Miller
812 N Fell Ave
Normal, IL 61761-1633

LUCILLE MARTIN
6210 HWY 57
COUNCE TN 38326-3409

LYNN A MCCLARY
WM P MCCLARY
6646 ARNO COLLEGE GROVE RD
COLLEGE GROVE, TN 37046

MARGARET MARY TIMKOTAYLOR REED
3242 E STATE ROAD 14
FAIR OAKS IN 47943

MARIE LUCILLE MOLINA
7196 S. ELM CT.
LITTLETON, CO 80122-226

MARK ALAN GOOLIE
KIMBERLE GOOLIE
2103 PEBBLEBROOK DR.
ASHLAND CITY, TN 37015

MARK L RINCON
9921 BRANTON AVE.
HIGHLAND IN 46322

MARK S LARSON
5525 COLUMBUS AVE.
MINNEAPOLIS, MN 55417

MARY GRANT
728 MEETING ST.
FRANKLIN, TN 37064

MARY K STURGEON
3049 LIBERTY HILLS DR
FRANKLIN TN 37067

MATT HOLLIS
6353 Lampkins Bridge Rd
College Grove, TN 37046

MATTHEW AUSTIN
22078 PEMBROOK DR
FRANKFORT IL 60423-8093

MATTHEW B. MATHIS
850 WILLOWSPRINGS BLVD.
FRANKLIN, TN 37064

MATTHEW NAAS
429 THOMAS LOOP ROAD
SEVIERVILLE TN 37876

MAUREEN & EDWARD WILLIAMSON
35 HEATHER CT
SCHERERVILLE IN 46375-1008

Maurice D. Mathias
3475 Southcreek Rd
Kenney, IL 61749

Maurice D. Mathias Jr.
Rural Route # 1 Box 2
Kenney, IL 61749

MAURICE MATHIAS
JOYCE MATHIAS
403 S. JOHNSTON
KENNEY IL 61749

MAURICE MATHIAS, SR.
RR 1, BOX 150
KENNY IL 71749

MELANIE JOY JONES
7114 HILL HUGHES RD
FAIRVIEW, TN 37062

MELINDA MAY CHAIN
239 HALBERTON DRIVE
FRANKLIN, TN 37069-4341

MEREDITH SULLIVAN
THOMAS ALLEN SULLIVAN
4302 NEVADA AVE.
NASHVILLE, TN 37209

MERLE BURKEMA
5 OAK BROOK CLUB DR #P-IN
OAK BROOK IL 60523-1348

MERLE J. BURKEMA
5 OAK BROOK CLUB DR., APT P1N
OAK BROOK. IL 60523-1325

MICHAEL DEGROOTE
1105 ORA DR
WATERLOO, IA 50701

MICHAEL KENNETH SMITH
5430 HIGHLAND DR
EDINBORO PA 16412

MICHAEL SOFKA
STEPHANIE SOFKA
1920 SHAYLIN LOOP
ANTIOCH, TN 37013

MONICA P SANDERS
115 DODD DR
SAVANNAH TN 38372-5928

MONICA POOLE SANDERS
155 CARRINGTON ST.
SAVANNAH, TN 38372

NANCY S GOODING
103 S MADISON ST.
LINCOLN IL 62656

NANCY W MAY RICKMAN
267 COBBLESTONE DR
SAVANNAH, TN 38372

NEAL E DARROW
6012 JODY CT SW
OLYMPIA, WA 98512

Neal E. Darrow
6012 Jody Court Sw
Tumwater, Washington 98512-7082

NEIL & JENNIFER BEADLE
620 LOGWOOD BRIAR CIR
BRENTWOOD TN 37027-8286

NICHOL VADEN
115 PAVIN CT
MURFREESBORO TN 37128

NICHOLAS VADEN
NICHOL VADEN
115 PAVIN CT
MURFREESBORO TN 37128

NUVOX COMMUNICATIONS
TWO NORTH MAIN STREET
GREENVILLE, SC 29601-2719

PAMELA T MORRISON
404 CROFTON PARK LANE
FRANKLIN TN 37069

PATRICIA L WASOWICZ
1 OAK BROOK CLUB DR A 205
OAK BROOK IL 60523-8618

PATRICK KROSS
DEBRA KROLL
1746 DAKOTA DR
WATERLOO, IA 50701

PATTY REED
275 ORCHARD LANE
SAVANNAH TN 38372

PAUL & SUSAN AUSTIN
704 TURTLEDOVE LANE
NEW LENOX, IL 60451-8638

PAULA NAAS
4735 LOFTWOOD DR
OWENSBORO, KY 42303

PEGGY MORABITO
3881 WHITE BLOSSOM CIR
SOUTHPORT NC 28461

PHILIP D LABBE
19166 KIOWA RD
BRND, OR 97702

PHILLIP A PAYLOR
7 EAST MONTROSS RD
TUNKHANNOCK PA 18657-9011

PHILLIP W BROCKETTE
202 BOWMANS BRANCH LANE
PLEASANT SHADE, TN 37145-2214

Reliant Bank
c/o Marc T. McNamee
Neal & Harwell, PLC
150 4th Ave. N, Ste 2000
Nashville, TN 37219-2498

REYNA TROI SANDS
FRANCES ANN JONES
7107 JONES LN
FAIRVIEW TN 37062

RHONDA DANIELS
916 CYPRESS POINT DR. APT 22
CROWN POINT, IN 46307-5147

RHONDA DENISE MADGE
6255 Meeks Rd
Franklin, TN 37064-7710

RICHARD HOLLIS III
9003 CARONDELET PL
BRENTWOOD, TN 37027

RICHARD JOSTEN
A MARGARET JOSTEN
2944 N 78TH CT
ELMWOOD PARK, IL 60707

RICHARD REED
MARGARET MARY T. REED
3242 E STATE ROAD 14
FAIR OAKS IN 47943

RICKEY BREWER
404 W WATER ST
CLIFTON TN 38425-5632

RICKEY BREWER
1928 SHAWNETTEE RD
COLLINWOOD, TN 38450-4877

RJ YOUNG
809 DIVISION STREET
P.O. BOX 40623
NASHVILLE, TN 37204-0623

ROBERT RIDGE
144 Sycamore Lane
Franklin, IL 60423

ROGER CALVIN JOHNSON
JULIE ANN JOHNSON
506 CLOVER LEAF LANE
FRANKLIN, TN 37067

RONALD EVERETT WHITE
200 Haley House Lane
Cary, NC 27519

RONNIE GLENN SANDERS
155 CARRINGTON ST.
SAVANNAH TN 38372

ROY LEACH
4004 AMBER WAY
SPRING HILL, TN 37174

RUTH M FORAN
127 CHIPWOOD DRIVE
HENDERSONVILLE, TN 37075

SAMUEL & HELEN HARVILL
PO BOX 43
COUNCE TN 38326-0043

SARA GREY TYLER
725 E STATUE CT
FRANKLIN TN 37067

SEAN GREGERSON
JULIE GREGERSON
2356 BOULDER RD
DYER, IN 46311

SHANON AYCOCK
225 BEAULIEU PL
FORT WAYNE, IN 46825-6558

SHARON DENISE BOONE
4102 CROWNE BROOK CIRCLE
FRANKLIN, TN 37067-1640

SHERRIE REED
420 E. SUNSET #D
ISSAQUAH, WA 98027

STEPHANIE CHAMBERS
1025 BELCOR DRIVE
SPRING HILL, TN 37174-8645

STEPHEN AND KELLI BROWN
4311 RAVINE RIDGE TRL
AUSTIN, TX 78746-1283

STEPHEN E DUNCAN
118 W 4TH ST.
RECTOR, AR 72461

STEPHEN L WESTBROOK
AMY E WESTBROOK
3005 OXFORD GLEN DR.
FRANKLIN, TN 37067

STEPHEN T. BURGIN
3052 BARNES BEND DRIVE
ANTIOCH, TN 37013-4479

STRATEGIC MORTGAGE SOLUTIONS
C/O STEVEN R VALLADARES
211 GRAY FOX CT
EDGEWATER MD 21037-2734

SYLVIA C BUCHER
3880 S. GROVE ST.
ENGLEWOOD, CO 80110-3218

Tennessee Department of Revenue
c/o TN Atty Gen. Off., Bank Div.
P.O. Box 20207
Nashville, TN 37202-4015

TERESA LYNN HOSEA
DONNY WALTON HOSEA
1265 CAMP GROUND RD
SAVANNAH, TN 38372

THE ADVOCATE & DEMOCRAT
PO BOX 389
SWEETWATER TN 37874-0389

THE HERALD NEWS
ATTN: DIANE EMENS
PO BOX 286
DAYTON TN 37321-0286

THOMAS ALLEN SULLIVAN
127 PENNYSTONE CIR
FRANKLIN TN 37067

THOMAS F DUNCAN
1115 WILSON PIKE
BRENTWOOD TN 37027-6736

THOMAS HARVILL
PO BOX 40
COUNCE TN 38326-0040

TIM MORABITO
HILLARY MORABITO
1500 HUDSON ST APT 9U
HOBOKEN NJ 07030

TIMMY JOE HOPWOOD
6585 HWY 283
ROBARDS KY 42452

TIMOTHY F. O'NEILL
5613 ESQUIVEL AVE
LAKEWOOD CA 90712-1443

TIMOTHY JARMUSZ
3106 GLORIA LANE
JOLIET, IL 60435

Timothy Morabito
c/o Philip L. Robertson
Robertson Law Group
1896 General George Patten Ste 600
Franklin, TN 37067

TN Dept. of Revenue
c/o Office of Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

TRENT R SEGGELKE
1302 BANCROFT DRIVE
BLOOMINGTON IL 61704

U.S. Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Rd, NE,
Ste 900
Atlanta, Georgia 30326-1382

U.S. TRUSTEE
CUSTOMS HOUSE
701 BROADWAY, SUITE 318
NASHVILLE, TN 37203-3966

US DEPT OF LABOR EBSA
61 FORSYTH ST SW STE 7B54
ATLANTA GA 30303-8943

VERNON S. JOHNSON
1009 MULBERRY ST.
BURNS, TN 37029

W CHAD WEBB
1329 COTTINGHAM DR
FRANKLIN TN 37067

WALTER H MATHIS JR
972 WHITE CONKWRIGHT RD
WINCHESTER, KY 40391-9350

WESLEY E WADDLE
PO BOX 72258
PHOENIX AZ 85050

WILLIAM C & LINDA M GENTRY
7870 BURNS HILL RD
CLINTON IL 61727-2896

WILLIAM L NORTON III
BRADLEY ARANT BOULT CUMMINGS
LLP
PO BOX 340025
NASHVILLE, TN 37203-0025

WILLIAM P MCCLARY
6646 ARNO COLLEGE GROVE RD
COLLEGE GROVE, TN 37046

WM B ELLIS
6028 WOODLAND HILLS DR.
NASHVILLE, TN 37211

WM C GENTRY AND LINDA M. GENTRY
RR 2 BOX 252
CLINTON, IL 61727

XO COMMUNICATIONS
P.O. BOX 970205
DALLAS, TX 75397-0205