IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: JC REED & CO., INC. | ) | CASE NO. 08-09771-MH3-7 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | JUDGE HARRISON |

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

Michael Gigandet, Trustee of this bankruptcy estate, reports the following:

1. The Trustee has stopped payment on the following checks which are unpaid and unclaimed. The names of the individuals or entities to whom such un-negotiated distribution checks were issued, the amount of such checks, and the last known address of the payees are:

| Name and Address | Claim # | Amount |
|---|---|---|
| Dawn Bradley<br>2761 Jacob Drive<br>Thompsons Station, TN 37179-9233 | 571 | $337.31 |
| Charlie Carrol<br>1078 Vaughn Crest Drive<br>Franklin, TN 37069-7211 | 581 | $21,844.95 |
| Mary Sturgeon<br>3049 Liberty Hills Drive<br>Franklin, TN 37067 | 631 | $42.83 |
| Joy Johns<br>6400 Murray Lane<br>Brentwood, TN 37027 | 521 | $2,355.83 |
| Jim Alex | 564 | $17,133.30 |
| Chandler Allen | 565 | $664.93 |
| Dave Boroughs | 570 | $562.19 |
| Jason Bradley | 572 | $404.77 |
| Cindi Brennesholtz | 575 | $2,329.70 |
| Rachel Campbell | 580 | $686.83 |
| Brad Ellis | 587 | $252.29 |
| Charlotte Evers | 588 | $224.87 |

| Name | Number | Amount |
|---|---|---|
| Ramone Good | 590 | $128.50 |
| Dorothy Hollis | 596 | $6,167.99 |
| Allen Hood | 599 | $3,640.83 |
| Steve/Heather Hunt | 601 | $224.87 |
| Nick Hunter | 602 | $6,521.36 |
| Don Mann | 607 | $13,214.05 |
| Bill McClary | 612 | $524.28 |
| Thomas McDaniel | 613 | $337.31 |
| MJJ Partnership | 614 | $337.31 |
| Melinda Moy | 615 | $13,492.47 |
| Phillip Poterack | 623 | $1,619.10 |
| Mike Smith | 628 | $1,574.12 |
| Kaye Steed | 630 | $85.67 |
| Dr. Mike Tabor | 634 | $213.95 |
| James Utermark | 636 | $2,203.77 |
| Carrie Wessel | 642 | $18,889.46 |
| David/Ann Jones | 523 | $3,147.39 |
| Walter Mathis<br>972 White Conkwright Rd.<br>Winchester, KY 40391-9350 | 611 | $331.02 |
| Florence Brake<br>908 Harris Drive<br>Gallatin, TN 37066-3463 | 574 | $6,167.99 |
| Joe Podlin<br>25927 S Cottage Grove Ave<br>Crete, IL 60417 | 622 | $144.78 |
| Jessica Podlin<br>25927 S Cottage Grove Ave<br>Crete, IL 60417 | 621 | $59.11 |

2. The Trustee's check number 6180 in the amount of $125,865.13 payable to the Clerk of the U.S. Bankruptcy Court, is attached to this report.

>Respectfully submitted,
>
>**LAW OFFICE OF MICHAEL GIGANDET**
>**/s/ Michael Gigandet**
>
>---
>
>Michael Gigandet, #11498
>208 Centre Street
>Pleasant View, TN 37146
>(615) 746-4949
>Fax: 615-746-4950
>michael@mgigandet.com

Cc: U.S. Trustee

Michael Gigandet, Trustee
208 Centre St.
Pleasant View TN 37146

Case #: 08-09771-MH3-7
Case: JC REED & CO., INC.

PINNACLE BANK
NASHVILLE, TN
211 Commerce Street Suite 300
Nashville, TN - 37201

87-0863/0643

VOID AFTER 90 DAYS     DATE: 02/02/2015     CHECK NO:     6180

PAY: ONE HUNDRED TWENTY-FIVE THOUSAND EIGHT HUNDRED SIXTY-FIVE AND 13 / 100     $125,865.13

TO THE ORDER OF:
U.S. Bankruptcy Court Clerk
701 Broadway Room 170
Nashville, TN 37203

VOID AFTER 90 DAYS

Payment of unclaimed funds to Court.

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈000006180⑈ ⑆064008637⑆ ⑈99510300016⑈

---

DATE: 02/02/2015     CHECK NO:     6180     CONTROL NO: 2852     $125,865.13

Payment of unclaimed funds to Court.

**Payment Details**

$337.31
$21,844.95
$42.83
$2,355.83
$17,133.30
$664.93
$562.19
$404.77
$2,329.70
$686.83
$252.29
$224.87
$128.50

---

Michael Gigandet, Trustee
208 Centre St.
Pleasant View TN 37146

Case #: 08-09771-MH3-7
Case: JC REED & CO., INC.

PINNACLE BANK
211 Commerce Street Suite 300
Nashville, TN - 37201

VOID AFTER 90 DAYS     DATE: 02/02/2015     CHECK NO:     6180     CONTROL NO: 2852

PAY: ONE HUNDRED TWENTY-FIVE THOUSAND EIGHT HUNDRED SIXTY-FIVE AND 13 / 100     $125,865.13

TO THE ORDER OF:
U.S. Bankruptcy Court Clerk
701 Broadway Room 170
Nashville, TN 37203

Payment of unclaimed funds to Court.

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

Security Features:
- Chemical Protection Paper
- Micro-Printing - "MP"
- Check Security Watermark
- Fluorescent Fibers
- Check Security Screen
- Heat Sensitive Ink
- Coin Reactive Ink

Results of check alteration:
- When chemically altered, the area treated will appear as a brown stain or spot.
- Small type in border, under endorsement area and surrounding Padlock Security box appears blurred if copied or scanned.
- Absence of the words "Original Document" on the back of this check. Hold at a 45° angle to view.
- Visible only under ultraviolet light. Cannot be photocopied or scanned.
- Absence of the words "Original Document" on the back of this check.
- Red image will fade with heat. Rub, hold between thumb & finger or breathe on image for reaction.
- Key will appear underneath coin image when rubbed with a coin.

3) Padlock design is a certification mark of Check Payment Systems Association.