IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 3:08-bk-09771** |
| JC Reed & Co., Inc. | ) | |
| | ) | **Chapter 7** |
| | ) | |
| | ) | **Judge Harrison** |
| Debtor. | ) | |

_____

**NOTICE OF APPEARANCE AS COUNSEL**
_____

Please take notice that Creditor, Charles Carroll, has retained Amy L. Wood, Esq. to represent his interests in the above-captioned matter. Ms. Wood requests notice of all motions and pleadings filed in this action. The firm information is as follows:

Rudy, Wood & Winstead, PLLC
1812 Broadway
Nashville, Tennessee 37203
Phone: (615) 515-3530
Facsimile: (615) 515-3512
Email: awood@rudylaw.net.

Respectfully submitted,

BY: /s/ Amy L. Wood
Amy L. Wood (BPR # 21765)
Rudy, Wood & Winstead, PLLC
1812 Broadway
Nashville, TN 37203
(615) 515-3530
Facsimile: (615) 515-3512
Email: awood@rudylaw.net

*Attorney for Creditor, Charles Carroll*

## CERTIFICATE OF SERVICE

      On February, 4, 2015, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                                /s/ Amy L. Wood  
                                                Amy L. Wood