IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE:  JC REED & CO., INC. | ) | CASE NO. 08-09771-MH3-7 |
|  | ) | CHAPTER 7 |
| DEBTOR. | ) | JUDGE HARRISON |

### TRUSTEE'S SECOND REPORT OF UNCLAIMED FUNDS

Michael Gigandet, Trustee of this bankruptcy estate, reports the following:

1. The Trustee has stopped payment on the following checks which are unpaid and unclaimed.  The names of the individuals or entities to whom such un-negotiated distribution checks were issued, the amount of such checks, and the last known address of the payees are:

| Name and Address | Claim # | Amount |
|---|---|---|
| Jennifer Margaret Beadle | 504 | $209.87 |
| Neil & Jennifer Beadle<br>620 Logwood Briar Circle<br>Brentwood, TN 37027 | 505 | $3,400.95 |
| Neil Colin Beadle | 506 | $3,193.21 |
| David Brownlee<br>412 Parish Place, Franklin, TN 37067 | 578 | $449.75 |
| Erin Rutherford<br>2160 N. McVay Dr., Mobile, AL 36605 | 627 | $1,083.45 |
| Sara Tyler | 635 | $945.82 |
| Jocelyn Weatherby<br>1417 Russell St., Nashville, TN 37206 | 641 | $93.16 |

2. The Trustee's check number 6185 in the amount of $9,376.21 payable to the Clerk of the U.S. Bankruptcy Court, is attached to this report.

Respectfully submitted,

**LAW OFFICE OF MICHAEL GIGANDET**
**/s/ Michael Gigandet**

Michael Gigandet, #11498
208 Centre Street

Pleasant View, TN 37146  
(615) 746-4949  
Fax: 615-746-4950  
michael@mgigandet.com

Cc: U.S. Trustee

Michael Gigandet, Trustee
208 Centre St.
Pleasant View TN 37146

Case #: 08-09771-MH3-7
Case: JC REED & CO., INC.

PINNACLE BANK
NASHVILLE, TN
211 Commerce Street Suite 300
Nashville, TN - 37201

87-0863/0643

VOID AFTER 90 DAYS  DATE: 03/13/2015  CHECK NO: 6185

PAY: NINE THOUSAND THREE HUNDRED SEVENTY-SIX AND 21 / 100  $9,376.21

TO THE ORDER OF: CLERK, U.S. BANKRUPTCY COURT

VOID AFTER 90 DAYS

Unclaimed dividends

⑈000006185⑈ ⑆064008637⑆ ⑈99510300016⑈

---

DATE: 03/13/2015  CHECK NO: 6185  CONTROL NO: 2888  $9,376.21

Unclaimed dividends

**Payment Details**

$209.87
$3,400.95
$3,193.21
$449.75
$1,083.45
$945.82
$93.16

---

Michael Gigandet, Trustee
208 Centre St.
Pleasant View TN 37146

Case #: 08-09771-MH3-7
Case: JC REED & CO., INC.

PINNACLE BANK
211 Commerce Street Suite 300
Nashville, TN - 37201

VOID AFTER 90 DAYS  DATE: 03/13/2015  CHECK NO: 6185  CONTROL NO: 2888

PAY: NINE THOUSAND THREE HUNDRED SEVENTY-SIX AND 21 / 100  $9,376.21

TO THE ORDER OF: CLERK, U.S. BANKRUPTCY COURT

Unclaimed dividends

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

**Security Features:**
- Chemical Protection Paper
- Micro-Printing - "MP"
- Check Security Watermark
- Fluorescent Fibers
- Check Security Screen
- Heat Sensitive Ink
- Coin Reactive Ink

**Results of check alteration:**
- When chemically altered, the area treated will appear as a brown stain or spot.
- Small type in border, under endorsement area and surrounding Padlock Security box appears blurred if copied or scanned.
- Absence of the words "Original Document" on the back of this check. Hold at a 45° angle to view.
- Visible only under ultraviolet light. Cannot be photocopied or scanned.
- Absence of the words "Original Document" on the back of this check.
- Red image will fade with heat. Rub, hold between thumb & finger or breathe on image for reaction.
- Key will appear underneath coin image when rubbed with a coin.

× Padlock design is a certification mark of Check Payment Systems Association.

DO NOT