# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 08-09771-MH3-7 |
| | § | |
| JC REED & CO., INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $809,058.73
*and approved disbursements of*     $737,872.22
*leaving a balance on hand of[1]:*     $71,186.51

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:     $0.00
Remaining balance:     $71,186.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| Michael Gigandet, Trustee Fees | $43,702.94 | $43,702.94 | $0.00 |
| Michael Gigandet, Attorney for Trustee Fees | $22,193.75 | $22,193.75 | $0.00 |
| Michael Gigandet, Attorney for Trustee Expenses | $2,152.68 | $2,152.68 | $0.00 |
| Eric L. Jones, JSH Accounting & Tax Services, Accountant for Trustee Fees | $937.50 | $937.50 | $0.00 |
| Clerk & Master Elaine B. Beeler, Clerk of the Court Costs | $11.00 | $11.00 | $0.00 |
| Other: Thomas C. Corts, Attorney for Trustee Fees | $1,950.00 | $1,950.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Remaining balance: $71,186.51

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $71,186.51

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $64,285.11 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6A | TN Dept. of Revenue | $8,717.12 | $8,717.12 | $0.00 |
| 68 | US DEPT OF LABOR EBSA | $166.67 | $166.67 | $0.00 |
| 94 | TN Dept. of Revenue | $92.96 | $92.96 | $0.00 |
| 95 | TN Dept. of Revenue | $55,308.36 | $55,308.36 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $71,186.51

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $32,765,693.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | NUVOX COMMUNICATIONS | $206.00 | $0.97 | $0.00 |
| 3A | American Express Centurion Bank | $10,147.86 | $48.45 | $0.00 |
| 5 | LAMAR ADVERTISING COMPANY | $11,320.00 | $54.05 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 7 | THE HERALD NEWS | $3,200.70 | $15.28 | $0.00 |
| 8 | STRATEGIC MORTGAGE SOLUTIONS | $7,050.00 | $33.66 | $0.00 |
| 10 | LINDA GAYLE POST | $117,376.81 | $560.41 | $0.00 |
| 15 | MATTHEW AUSTIN | $41,602.60 | $198.63 | $0.00 |
| 16 | EDWARD G WILLIAMSON | $41,070.00 | $196.09 | $0.00 |
| 17 | MAUREEN WILLIAMSON | $51,916.73 | $247.87 | $0.00 |
| 18 | WILLIAM C & LINDA M GENTRY | $5,470.21 | $26.12 | $0.00 |
| 19 | Amy Austin | $3,314.91 | $15.83 | $0.00 |
| 20 | Lonnie R. and Elizabeth Austin | $200,335.01 | $956.48 | $0.00 |
| 24 | Janice Miller | $1,914.33 | $9.14 | $0.00 |
| 25 | Lucille A. Miller | $5,743.00 | $27.42 | $0.00 |
| 26 | Maurice D. Mathias | $9,571.67 | $45.70 | $0.00 |
| 27 | Maurice D. Mathias Jr. | $9,571.67 | $45.70 | $0.00 |
| 28 | Alysha M. Seggelke | $7,657.33 | $36.56 | $0.00 |
| 30 | SAMUEL & HELEN HARVILL | $67,001.67 | $319.89 | $0.00 |
| 31 | LUCILLE MARTIN | $39,639.04 | $189.25 | $0.00 |
| 32 | EDWARD G WILLIAMSON | $14,981.69 | $71.53 | $0.00 |
| 33 | ELIZABETH J TRUXAL | $38,286.67 | $182.80 | $0.00 |
| 35 | James David Boroughs | $61,019.38 | $291.33 | $0.00 |
| 36 | BARBARA  SMITH | $6,221.58 | $29.70 | $0.00 |
| 40 | THE ADVOCATE & DEMOCRAT | $2,631.25 | $12.56 | $0.00 |
| 41 | NEIL & JENNIFER BEADLE | $75,999.05 | $362.85 | $0.00 |
| 42 | JOHN F SULLIVAN SR | $38,286.67 | $182.80 | $0.00 |
| 43 | BARBARA ANN SULLIVAN | $38,286.67 | $182.80 | $0.00 |
| 45 | MONICA P SANDERS | $33,554.55 | $160.20 | $0.00 |
| 47 | THOMAS HARVILL | $39,981.26 | $190.89 | $0.00 |
| 55 | Timothy Morabito | $186,139.50 | $888.71 | $0.00 |
| 56 | TIMOTHY F. O'NEILL | $15,935.69 | $76.08 | $0.00 |
| 57 | Peggy Morabito | $115,393.30 | $550.94 | $0.00 |
| 58 | Andrew Snyder | $10,529.94 | $50.27 | $0.00 |
| 59 | DENNIS W PLUNK | $57,925.08 | $276.56 | $0.00 |
| 60 | DENNIS W PLUNK | $30,900.00 | $147.53 | $0.00 |
| 61 | JEAN HARDIN | $659,392.18 | $3,148.21 | $0.00 |
| 62 | ROBERT & RACHEL RIDGE | $18,664.75 | $89.11 | $0.00 |
| 63A | U.S. Securities and Exchange | $14,910,003.0 | $0.00 | $0.00 |

|   | Commission | 7 |   |   |
|---|---|---:|---:|---:|
| 64 | Anna Ruth Heltsley | $12,575.50 | $60.04 | $0.00 |
| 65 | EDITH K BARLOW | $6,988.29 | $33.36 | $0.00 |
| 66 | BLANKENSHIP CPA GROUP LLC | $1,500.00 | $7.16 | $0.00 |
| 67 | PATRICIA L WASOWICZ | $167,523.33 | $799.83 | $0.00 |
| 69 | RJ YOUNG | $1,984.71 | $9.48 | $0.00 |
| 70 | RICHARD J JOSTEN | $652,912.44 | $3,117.27 | $0.00 |
| 71 | A MARGARET JOSTEN | $191,535.67 | $914.47 | $0.00 |
| 72 | RICHARD & A MARGARET JOSTEN | $192,838.74 | $920.69 | $0.00 |
| 73 | VERNON S JOHNSON | $14,357.50 | $68.55 | $0.00 |
| 74 | CHERI L WALKER | $63,446.07 | $302.92 | $0.00 |
| 75A | SHERRIE E REED | $15,685.59 | $74.89 | $0.00 |
| 76 | GALIN A WALKER | $17,471.83 | $83.42 | $0.00 |
| 77 | CAROLE H UTERMARK | $12,125.52 | $57.89 | $0.00 |
| 78 | Neal E. Darrow | $5,168.70 | $24.68 | $0.00 |
| 80 | BARBARA K ROPER | $34,401.43 | $164.25 | $0.00 |
| 81 | BARBARA K ROPER | $51,205.90 | $244.48 | $0.00 |
| 82 | GENE A & PATTY REED | $7,657.33 | $36.56 | $0.00 |
| 83 | PATTY REED | $8,937.18 | $42.67 | $0.00 |
| 84 | RICKEY BREWER | $7,777.19 | $37.13 | $0.00 |
| 85 | ERMINIA L RINCON | $55,554.66 | $0.00 | $0.00 |
| 88 | JANET E PAYLOR | $2,309.00 | $11.02 | $0.00 |
| 88a | JANET E PAYLOR | $2,627.92 | $12.55 | $0.00 |
| 89 | PHILLIP A PAYLOR | $36,344.91 | $173.53 | $0.00 |
| 89a | PHILLIP A PAYLOR | $15,937.20 | $76.09 | $0.00 |
| 90 | TIMOTHY DAVID JARMUSZ | $14,510.56 | $69.28 | $0.00 |
| 91 | JIREH LATIN AMERICAN MINISTRY | $19,604.73 | $93.60 | $0.00 |
| 92 | DAVID B WHITE | $112,948.74 | $539.26 | $0.00 |
| 93 | MERLE J BURKEMA | $197,601.18 | $943.43 | $0.00 |
| 96 | JENNIFER MARGARET BEADLE | $4,690.13 | $22.39 | $0.00 |
| 97 | NEIL COLIN BEADLE | $71,356.79 | $340.69 | $0.00 |
| 98 | Charles L. Stuart | $16,337.28 | $78.00 | $0.00 |
| 99 | DAVID & ANN JONES | $70,332.61 | $335.80 | $0.00 |
| 100 | MELANIE JONES | $48,198.13 | $230.12 | $0.00 |
| 101 | John L. Procopio | $45,944.00 | $219.36 | $0.00 |

| | | | | |
|---:|---|---:|---:|---:|
| 102 | JOY CRAIN AKA JOY JOHNS | $52,644.17 | $251.35 | $0.00 |
| 103 | ANGELIA A HILLARD | $159,721.13 | $762.57 | $0.00 |
| 103a | ANGELIA A HILLARD | $8,028.78 | $38.33 | $0.00 |
| 104 | D. ANN HUDSON | $64,618.08 | $308.51 | $0.00 |
| 105 | SHARON D. BOONE | $37,500.00 | $179.04 | $0.00 |
| 108 | THOMAS F DUNCAN MARITAL TRUST | $573,198.51 | $2,736.69 | $0.00 |
| 500 | Amy Austin | $3,463.24 | $148.33 | $19.28 |
| 501 | Lonnie & Elizabeth Austin | $209,300.00 | $8,964.99 | $1,163.66 |
| 502 | Matthew Austin | $43,464.31 | $1,861.71 | $241.67 |
| 503 | Edith Barlow | $7,301.00 | $312.72 | $40.60 |
| 504 | Jennifer Margaret Beadle | $4,900.00 | $209.87 | $27.26 |
| 505 | Neil & Jennifer Beadle | $79,400.00 | $3,400.95 | $441.45 |
| 506 | Neil Colin Beadle | $74,550.00 | $3,193.21 | $414.48 |
| 507 | Merle Burkema | $206,443.84 | $8,842.66 | $1,147.76 |
| 509 | James David Boroughs | $63,750.00 | $2,730.62 | $354.43 |
| 510 | Rickey Brewer | $8,125.22 | $348.03 | $45.17 |
| 511 | Neal Darrow | $5,400.00 | $231.30 | $30.02 |
| 512 | Thomas Duncan | $598,849.16 | $25,650.65 | $3,329.42 |
| 513 | William & Linda Gentry | $5,715.00 | $244.79 | $31.78 |
| 514 | Jean Hardin | $688,900.00 | $29,507.82 | $3,830.08 |
| 515 | Samuel & Helen Harvill | $70,000.00 | $2,998.33 | $389.18 |
| 516 | Thomas Harvill | $41,770.42 | $1,789.16 | $232.23 |
| 517 | Anna Ruth Heltsley | $13,138.25 | $562.75 | $73.05 |
| 518 | Angela Hilliard | $166,868.65 | $7,147.52 | $927.74 |
| 519 | D. Ann Hudson | $67,509.74 | $2,891.66 | $375.33 |
| 520 | Timothy Jarmusz | $15,159.91 | $649.35 | $84.28 |
| 521 | Joy Johns | $55,000.00 | $2,355.83 | $305.78 |
| 522 | Vernon Johnson | $15,000.00 | $642.50 | $83.39 |
| 523 | David/Ann Jones | $73,480.00 | $3,147.39 | $408.52 |
| 524 | Melanie Jones | $50,355.00 | $2,156.87 | $279.96 |
| 525 | Richard/Margaret Josten | $883,597.53 | $37,847.35 | $4,912.53 |
| 526 | Jireh Latin American Ministery | $20,482.04 | $877.31 | $113.88 |
| 527 | Lucille Martin | $41,412.89 | $1,773.85 | $230.24 |
| 528 | Maurice Mathias | $10,000.00 | $428.33 | $55.60 |
| 529 | Maurice Mathis, Jr. | $10,000.00 | $428.33 | $55.60 |
| 530 | Janice Miller | $2,000.00 | $85.67 | $11.12 |

| | | | | |
|---|---|---:|---:|---:|
| 531 | Lucille Miller | $6,000.00 | $257.00 | $33.36 |
| 532 | Peggy Morabito | $120,557.15 | $5,163.85 | $670.27 |
| 533 | Timothy Morabito | $194,469.25 | $8,329.75 | $1,081.19 |
| 534 | Timothy O'Neill | $16,648.81 | $713.12 | $92.56 |
| 535 | Janet Paylor | $2,412.33 | $103.33 | $13.41 |
| 536 | Phillip Paylor | $54,621.74 | $2,339.63 | $303.68 |
| 537 | Dennis W. Plunk | $92,800.00 | $3,974.92 | $515.95 |
| 538 | Linda Gayle Post | $122,629.43 | $5,252.62 | $681.78 |
| 539 | John Procopio | $48,000.00 | $2,056.00 | $266.86 |
| 540 | Gene/Patty Reed | $8,000.00 | $342.67 | $44.47 |
| 541 | Patty Reed | $9,337.13 | $399.94 | $51.91 |
| 544 | Robert & Rachel Ridge | $19,500.00 | $835.25 | $108.41 |
| 545 | Erminia Rincon | $58,040.73 | $2,486.07 | $322.69 |
| 546 | Barbara K. Roper | $89,438.26 | $3,830.93 | $497.25 |
| 547 | Monica Sanders | $35,056.12 | $1,501.57 | $194.90 |
| 548 | Alysha Seggelke | $8,000.00 | $342.67 | $44.47 |
| 549 | Barbara Smith | $6,500.00 | $278.42 | $36.13 |
| 550 | Andrew Snyder | $11,001.15 | $471.21 | $61.17 |
| 551 | Charles Stuart | $17,068.37 | $731.09 | $94.90 |
| 552 | Barbara Ann Sullivan | $40,000.00 | $1,713.33 | $222.39 |
| 553 | John Sullivan | $40,000.00 | $1,713.33 | $222.39 |
| 554 | Elizabeth Truxal | $40,000.00 | $1,713.33 | $222.39 |
| 555 | Carole Utermark | $12,668.14 | $542.62 | $70.43 |
| 556 | Cheri Walker | $66,285.28 | $2,839.21 | $368.53 |
| 557 | Galin Walker | $18,253.70 | $781.87 | $101.48 |
| 558 | Patricia Wasowicz | $175,020.00 | $7,496.67 | $973.06 |
| 559 | David B. White | $118,003.20 | $5,054.46 | $656.06 |
| 560 | Dianna White | $57,126.42 | $2,446.91 | $317.61 |
| 561 | Edward Williamson | $58,560.00 | $2,508.31 | $325.58 |
| 562 | Maureen Williamson | $54,240.00 | $2,323.27 | $301.56 |
| 564 | Jim Alex | $400,000.00 | $17,133.30 | $2,223.88 |
| 565 | Chandler Allen | $15,523.75 | $664.93 | $86.31 |
| 566 | David Apps | $5,134.50 | $219.93 | $28.54 |
| 567 | Paul Austin | $52,500.00 | $2,248.75 | $291.88 |
| 568 | Paul & Susan Austin | $4,000.00 | $171.33 | $22.24 |
| 569 | James/Laura Bax | $2,850.75 | $122.11 | $15.85 |
| 570 | Dave Boroughs | $13,125.00 | $562.19 | $72.97 |

| | | | | |
|---|---|---|---|---|
| 571 | Dawn Bradley | $7,875.00 | $337.31 | $43.78 |
| 572 | Jason Bradley | $9,450.00 | $404.77 | $52.54 |
| 573 | Jason/Dawn Bradley | $3,000.00 | $128.50 | $16.68 |
| 574 | Florence Brake | $144,000.00 | $6,167.99 | $800.59 |
| 575 | Cindi Brennesholtz | $54,390.11 | $2,329.70 | $302.40 |
| 576 | Stephen Brown | $393,010.50 | $16,833.91 | $2,185.02 |
| 577 | Steve/Kelli Brown | $15,000.00 | $642.50 | $83.39 |
| 578 | David Brownlee | $10,500.00 | $449.75 | $58.38 |
| 579 | Linda Caldwell | $525,010.00 | $22,487.88 | $2,918.90 |
| 580 | Rachel Campbell | $16,035.00 | $686.83 | $89.15 |
| 581 | Charlie Carrol | $510,000.00 | $21,844.95 | $2,835.45 |
| 582 | Lynn Chain | $558,550.00 | $23,924.51 | $3,105.37 |
| 583 | Jeffrey/Michelle Courtney | $1,275.75 | $54.64 | $7.10 |
| 584 | Anne Marie Danko | $39,520.00 | $1,692.77 | $219.72 |
| 585 | Claudia Duncan | $7,065.00 | $302.62 | $39.28 |
| 586 | Tommy A Duncan | $72,682.00 | $3,113.21 | $404.09 |
| 587 | Brad Ellis | $5,890.00 | $252.29 | $32.74 |
| 588 | Charlotte Evers | $5,250.00 | $224.87 | $29.19 |
| 589 | Al Gessler | $10,500.00 | $449.75 | $58.38 |
| 590 | Ramone Good | $3,000.00 | $128.50 | $16.68 |
| 591 | Brian Green | $21,000.00 | $899.50 | $116.75 |
| 592 | Brian/Wendy Green | $21,769.00 | $932.44 | $121.03 |
| 593 | Wendy Green | $15,225.00 | $652.14 | $84.64 |
| 594 | Sean/Julie Gregerson | $13,325.75 | $0.00 | $644.87 |
| 595 | Richard C Hollis | $103,902.75 | $4,450.49 | $577.67 |
| 596 | Dorothy Hollis | $144,000.00 | $6,167.99 | $800.59 |
| 597 | Karen Hollis | $8,960.00 | $383.79 | $49.81 |
| 598 | Matt Hollis | $2,882.25 | $123.46 | $16.02 |
| 599 | Allen Hood | $85,000.00 | $3,640.83 | $472.57 |
| 600 | James Huemmer | $63,350.00 | $2,713.49 | $352.20 |
| 601 | Steve/Heather Hunt | $5,250.00 | $224.87 | $29.19 |
| 602 | Nick Hunter | $152,250.00 | $6,521.36 | $846.47 |
| 603 | David Johnson | $26,255.25 | $1,124.60 | $145.97 |
| 604 | Douglas Johnson | $26,255.25 | $1,124.60 | $145.97 |
| 605 | Dr. Ernest C. Kuhlo | $722,500.00 | $30,947.02 | $4,016.88 |
| 606 | Roy Leach | $2,005.00 | $85.88 | $11.15 |
| 607 | Don Mann | $308,500.00 | $13,214.05 | $1,715.17 |

| | | | | |
|---|---|---|---|---|
| 608 | Corrado Marino | $554,453.63 | $23,749.05 | $3,082.59 |
| 609 | Carey Mathis | $16,301.25 | $698.24 | $90.63 |
| 610 | Kenneth Mathis | $3,386.25 | $145.04 | $18.83 |
| 611 | Walter Mathis | $7,728.00 | $331.02 | $42.96 |
| 612 | Bill McClary | $12,240.00 | $524.28 | $68.05 |
| 613 | Thomas McDaniel | $7,875.00 | $337.31 | $43.78 |
| 614 | MJJ Partnership | $7,875.00 | $337.31 | $43.78 |
| 615 | Melinda Moy | $315,000.00 | $13,492.47 | $1,751.31 |
| 616 | Matt Naas | $105,000.00 | $4,497.49 | $583.77 |
| 617 | Paula Naas | $42,000.00 | $1,799.00 | $233.50 |
| 618 | Jennie Newborn | $9,645.00 | $413.13 | $53.62 |
| 619 | Daniel/Karen Pender | $24,742.75 | $1,059.81 | $137.56 |
| 620 | Donna Plunk | $32,445.00 | $1,389.72 | $180.39 |
| 621 | Jessica Podlin | $1,380.00 | $59.11 | $7.67 |
| 622 | Joe Podlin | $3,380.00 | $144.78 | $18.79 |
| 623 | Phillip Poterack | $37,800.00 | $1,619.10 | $210.15 |
| 624 | Margaret Reed | $12,000.00 | $514.00 | $66.72 |
| 625 | Richard Reed | $14,500.00 | $621.08 | $80.62 |
| 626 | Richard/Margaret Reed | $46,450.00 | $1,989.60 | $258.25 |
| 627 | Erin Rutherford | $25,294.50 | $1,083.45 | $140.63 |
| 628 | Mike Smith | $36,750.00 | $1,574.12 | $204.32 |
| 629 | Linda Spearman | $1,055.00 | $45.19 | $5.86 |
| 630 | Kaye Steed | $2,000.00 | $85.67 | $11.12 |
| 631 | Mary Sturgeon | $1,000.00 | $42.83 | $5.56 |
| 632 | John/Barbara Sullivan | $160,000.00 | $6,853.32 | $889.55 |
| 633 | Thomas Allen Sullivan | $48,180.00 | $2,063.71 | $267.86 |
| 634 | Dr. Mike Tabor | $4,995.00 | $213.95 | $27.77 |
| 635 | Sara Tyler | $22,081.50 | $945.82 | $122.77 |
| 636 | James Utermark | $51,450.00 | $2,203.77 | $286.05 |
| 637 | Jacqueline Valentine | $144,300.00 | $6,180.84 | $802.26 |
| 638 | Jim Vanderpool | $6,900.00 | $295.55 | $38.36 |
| 639 | Blair/Joy Vandervennan | $2,441.25 | $104.57 | $13.57 |
| 640 | Wesley E. Waddle | $10,000.00 | $428.33 | $55.60 |
| 641 | Jocelyn Weatherby | $2,175.00 | $93.16 | $12.09 |
| 642 | Carrie Wessel | $441,000.00 | $18,889.46 | $2,451.83 |
| 643 | Stephen/Amy Westbrook | $20,000.00 | $856.66 | $111.20 |
| 644 | David/Sharon White | $9,326.62 | $399.49 | $51.85 |

**UST Form 101-7-NFR (10/1/2010)**

| | 645 | Ronald White | $715,058.40 | $30,628.27 | $3,975.51 |
|---|---|---|---|---|---|

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $71,186.51 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $54,679.51 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 106 | DIANNA WHITE | $54,679.51 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

| | |
|---|---|
| Prepared By: | /s/ Michael Gigandet |
| | Trustee |

Michael Gigandet
208 Centre St.
Pleasant View, TN, 37146

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.